# POLITICO

## Widow sues McMahon's WWE

By: Kasie Hunt
June 22, 2010 01:18 PM EDT

Martha Hart's husband died in a World Wrestling Entertainment stunt gone horribly wrong. Now, she's suing the wrestling company and its former CEO, Linda McMahon, who happens to be the Republican nominee for Senate in the state of Connecticut.

Hart's husband, WWE wrestler Owen Hart, fell nearly 80 feet to his death in 1999, in front of a crowd of thousands. He was 34 years old at the time.

In a lawsuit filed this week in Hartford, Conn., Martha Hart alleges that the WWE has used her late husband's name, image and celebrity profile without her consent and in violation of his contract with the company. The complaint specifically refers to a new WWE video, released in April, called "Hart and Soul: The Hart Family Anthology."

The suit is the latest reminder of the professional baggage McMahon brings to the race for the seat of retiring Democratic Sen. Chris Dodd. Though McMahon resigned as WWE's CEO in 2009 to enter the race, videos and stories of her time leading the company have surfaced throughout the campaign. Her husband, Vince McMahon, is the WWE's current chief executive.

Linda McMahon spokesman Ed Patru said the campaign did not plan to comment on the lawsuit and directed questions to the WWE.

Martha Hart told POLITICO the timing of the suit had nothing to do with the Senate campaign, explaining that she learned about the tribute video in March and sent a cease-and-desist letter that the company ignored. Instead, she said, she's reacting to a broader pattern of insensitivity and abuse.



Advertisement

# POLITICO

"From the moment of his death, they couldn't wait to scrape his dead body off of the wrestling mat. His blood was on that mat...and they went on with that show so that they could make sure they didn't lose any money," Hart said Tuesday. "A week later, they further disrespected me and Owen by putting film footage of his funeral on their program when I had specifically asked Vince McMahon not to do so."

This is not the first suit Owen Hart's family has brought against the WWE: they also sued the company immediately after the wrestler died and settled the case for $18 million in 2000.

Martha Hart's new claim against the company was rolled out with a professional public relations campaign led by the international firm Hill & Knowlton, which has Wal-Mart and Motorola on its client list. A cleanly designed web site, www.marthahartsueswwe.com, features the complaint, a press release and two separate contacts for the case.

But Hart said the challenge was not coordinated with any of McMahon's political opponents.

"The WWE certainly has no problem marketing, distributing products with [Owen Hart's] likeness on it which again, create a false association between me and the WWE, which does not exist," she said. "I have to scream it to the world: I have no association with these people. I needed to have a PR firm to help me accomplish my goal."

McMahon won the endorsement of Connecticut Republicans at their state convention in May, and still faces a Republican primary against investor Peter Schiff. Former Rep. Rob Simmons, whom McMahon defeated at the convention, has suspended his campaign but his name will still appear on the primary ballot.

Advertisement



Print Powered By FormatDynamics

# POLITICO

McMahon's general election opponent is expected to be Democratic state Attorney General Richard Blumenthal. A spokesman for the Democratic Senatorial Campaign Committee said the group was unaware Hart had planned to file the suit.

Hart said she had not spoken with any of McMahon's opponents or their campaigns before filing the suit.



Advertisement

Print Powered By FormatDynamics