**DOWJONES**

**CAMPAIGN SMACKDOWN WRESTLER'S WIDOW CONFRONTS CANDIDATE**

1,115 words
19 July 2010
ABC News: Good Morning America
GMA
English
(c) Copyright 2010, American Broadcasting Companies, Inc. All Rights Reserved.

BP, GULF, ALLEN, SUTTLES, BROWNER

HEAT WAVE, HUMIDITY

JOBS, UNEMPLOYMENT, OBAMA, GOODWIN, CONGRESS

CIA, ARKIN, HASAN, GATES, SECURITY

TRAIN, INDIA, GORE, HAGERTY, CHAMPAGNE

GRAPHICS: GOOD MORNING AMERICA

HORMAN, HINGSON

HORMAN, MCCAIN

MCMAHON, HART, WWE, DEVITT, WRESTLING

GEORGE STEPHANOPOULOS (ABC NEWS)

(OC) We're gonna turn now to politics in one of the highest profile Senate races in the country. Thanks in part to its connection to worldwide wrestling. You heard that right.

GRAPHICS: CAMPAIGN SMACKDOWN -

GRAPHICS: WRESTLER'S WIDOW CONFRONTS CANDIDATE

GEORGE STEPHANOPOULOS (ABC NEWS)

(VO) The woman behind Worldwide Wresting Entertainment wants to be the next senator from the state of Connecticut. She spent millions she made managing that business in her quest to become the nominee and promises to spend millions more by November.

GEORGE STEPHANOPOULOS (ABC NEWS)

(OC) But as Claire Shipman reports, those wrestling profits also create some political headaches. Hey, Claire.

CLAIRE SHIPMAN (ABC NEWS)

(OC) Indeed. Good morning, George. Well, her history at WWE certainly something of a mixed blessing on the campaign trail, especially now in light of a new lawsuit being filed by the widow of a wrestler who died tragically in the ring after a stunt 10 years ago. **Martha Hart** said she wanted, after an $18 million settlement, nothing more to do with WWE. She's changed her mind saying the company is still exploiting her husband.

CLAIRE SHIPMAN (ABC NEWS)

(VO) The body blows. The crazy stunts. But everyone knows professional wrestling is all theater, right? Not always. Two huge names in wrestling, women, are engaged in a real life, real consequences smackdown. Linda McMahon, co-founder with her husband Vince, of World Wrestling Entertainment, WWE, a billion dollar empire. Now a Republican Senate candidate in Connecticut.

CLIP FROM MCMAHON'S CAMPAIGN AD

LINDA MCMAHON (REPUBLICAN SENATE CANDIDATE)

And we produce a very unique form of entertainment and we're the best in the world at doing it.

CLAIRE SHIPMAN (ABC NEWS)

(VO) **Martha Hart**, the widow of renowned wrestler Owen Hart, who died in the ring in 1999. He fell 80 feet in front of a crowd of 16,000 people when his body harness malfunctioned.

ANNOUNCER (MALE)

This is not part of the entertainment here tonight.

CLAIRE SHIPMAN (ABC NEWS)

(VO) Martha sued then for wrongful death and she's suing now for what she says is the illegal use of her husband's name and pictures.

**MARTHA HART** (OWEN HART'S WIDOW)

They were disrespectful from, from the moment Owen died. From the moment he died in the ring, they, they couldn't wait to scrape his body off the mat, and they paraded match after match out onto that, that mat.

CLAIRE SHIPMAN (ABC NEWS)

(OC) Is any part of this a personal grudge against Linda McMahon?

**MARTHA HART** (OWEN HART'S WIDOW)

I could care less about Linda's political career, whatsoever. What I care about is the fact that they are exploiting Owen and I want it to stop.

CLAIRE SHIPMAN (ABC NEWS)

(VO) This new WWE DVD about the Hart family with Owen's image on it is what set her off.

**MARTHA HART** (OWEN HART'S WIDOW)

I take issue with the fact that it's the WWE producing the video and trying to exploit Owen and make money on a product that he is involved with.

CLAIRE SHIPMAN (ABC NEWS)

(VO) WWE counters they have every right to use the video and that Martha has other motives.

JERRY MCDEVITT (ATTORNEY FOR WWE)

She injects herself right into the middle of the political campaign of Linda McMahon. That's what she did.

CLAIRE SHIPMAN (ABC NEWS)

(VO) And it certainly doesn't help McMahon's campaign pitch about her experience with WWE.

CLIP FROM "THE VIEW"

LINDA MCMAHON (REPUBLICAN SENATE CANDIDATE)

To be the CEO of a publicly traded company, there are leadership skills, management skills, certainly, fiscal responsibility.

CLAIRE SHIPMAN (ABC NEWS)

(VO) And now there's an additional spotlight on management practices, like no pensions and no healthcare for the wrestlers who are treated as contract players.

**MARTHA HART** (OWEN HART'S WIDOW)

No job security. No healthcare. Those are not things that I would consider redeeming qualities in someone that's running a business. The fact that they went on with the show the night that Owen died, those are not good leadership skills.

CLAIRE SHIPMAN (ABC NEWS)

(OC) Now, Linda McMahon would not talk to us for this report and she hasn't commented, George, in great detail on the lawsuit either.

GEORGE STEPHANOPOULOS (ABC NEWS)

(OC) ...she said about this criticism of her management practices?

CLAIRE SHIPMAN (ABC NEWS)

(OC) Well, she has addressed that and she says, look, many employees are contract players, that wrestlers need to be viewed as artists, as, as singers, for example. And that the company does have the health interests of the wrestlers at heart. That they certainly pay for any injuries that are sustained while they're wrestling.

GEORGE STEPHANOPOULOS (ABC NEWS)

(OC) And Claire, in the race, I mean, clearly, McMahon prepared to spend millions, but she's got a lot of ground to catch up.

CLAIRE SHIPMAN (ABC NEWS)

(OC) Well, well, she does. Richard Blumenthal, the Democratic candidate, when you look at the, at the polls right now, George, is some 17 points ahead. So it is a long shot. But this certainly isn't what she wanted to be talking about on the campaign trail.

GEORGE STEPHANOPOULOS (ABC NEWS)

(OC) Okay, Claire Shipman, thanks very much. And coming up, it's the summer's biggest mystery.

GEORGE STEPHANOPOULOS (ABC NEWS)

(VO) Where will Chelsea Clinton get married? One town says it knows the answer. We're gonna have it when we come back.

GRAPHICS: COMING UP

GRAPHICS: CHELSEA'S SECRET OUT?

COMMERCIAL BREAK

ROBIN ROBERTS (ABC NEWS)

(singing) Gonna get married.

SAM CHAMPION (ABC NEWS)

(OC) Nicely done.

GEORGE STEPHANOPOULOS (ABC NEWS)

(OC) Wow. Perfect pitch.

ROBIN ROBERTS (ABC NEWS)

(OC) (Inaudible).

JUJU CHANG (ABC NEWS)

(OC) You're right.

ROBIN ROBERTS (ABC NEWS)

(OC) It's getting close. Well, less than two weeks to go to what will be the social event of the summer, Chelsea Clinton's July 31st wedding. Plans for the event, they've been wrapped in cloak and dagger. It's like a Tom Clancy thriller trying to get...

GEORGE STEPHANOPOULOS (ABC NEWS)

(OC) Bring in the Secret Service.

ROBIN ROBERTS (ABC NEWS)

(OC) At least one sleepy little town here in New York City or in New York, they think they know what's gonna be happening. And here's Linsey Davis as we continue to sing.

Document GMA0000020100721e67j0000b