## McDevitt, Jerry

**From:** McDevitt, Jerry
**Sent:** Thursday, July 08, 2010 5:32 PM
**Subject:** RE: Hart v. WWE

**To:** Rubenstein, Gregg; jbtroop@daypitney.com
**Cc:** Pressman, Arthur; Rauseo-Ricupero, Ronaldo

Gregg,

As you know, I will be lead counsel for WWE and the McMahon's in this matter. We have filed our pro hac vice applications, which I expect the Court will act on soon.

I will be going out of the country tomorrow morning for approximately a week and will get in touch with you when I return regarding a Rule 26(f) conference. In the meantime, perhaps you can tend to the other requirements of the local rules which must be satisfied prior to any such conference. I have also now had an opportunity to evaluate the allegations made in this case and the claims advanced by you. I remain troubled by the circumstances attendant to the filing of this case, and reserve all rights in that regard. The issuance of a press release touting false and pejorative allegations for media consumption, and the personal appearance of both you and your client at a press conference to further tout those allegations raise troubling issues. Those concerns are magnified when the specific allegations are examined, and are nowhere more obvious than when examining the specific allegations made against Linda McMahon. I would ask that you carefully examine those allegations before we speak or we file our motions, and advise whether you intend to stand on those allegations or withdraw them as in violation of the Rules governing pleading.

Specifically, please examine the following allegations and let me know where you stand. First, in Para 1, it is alleged that the stunt was " negligently planned, orchestrated and directed by the WWE, namely Vince and Linda McMahon". Setting aside whether this allegation is false against Mr.. McMahon, there is no question it is false as against Linda McMahon. Linda McMahon was not even there on the night of Owen's death, and had nothing to do with any aspect of the stunt. Your client certainly knows as much as a result of the massive discovery in the prior action. This falsity is compounded in Para 1 by the allegation that" Defendants (plural) insisted" that Owen do the stunt despite supposedly knowing he was uncomfortable. Second, the same falsity about Linda being involved in the stunt is repeated in Para. 22, i.e., that Linda McMahon "planned, orchestrated and directed" the stunt. Third, in Para 24, it is falsely alleged that the apparatus for the stunt was chosen "by the McMahons", once again explicitly alleging involvement by Linda McMahon in selecting the stunt equipment. Fourth, in Para 34, it is falsely alleged that Linda directed the production of the Hart Anthology video. As you well know, Linda was not even with WWE when the video was produced or sold.

In closing, this is not intended to be an exhaustive list of the problematical allegations contained in the Complaint, and we reserve all rights in that regard. The specific allegations I have set forth above are, in my view, lacking any good faith basis in fact. I thus would ask you reexamine those allegations and we can discuss if you stand on them when I call you upon my return to the country.

---

**From:** Rubenstein, Gregg [mailto:grubenstein@nixonpeabody.com]
**Sent:** Thursday, July 08, 2010 8:57 AM
**To:** jbtroop@daypitney.com
**Cc:** Pressman, Arthur; Rauseo-Ricupero, Ronaldo; McDevitt, Jerry
**Subject:** Hart v. WWE

Jonathan

Please let me know your availability for our Rule 26(f) conference pursuant to D. Conn.'s Standing Order in Civil Cases. I am generally available over the next two weeks, so let me know what day and time is convenient for your. Thank you.

Gregg

**Gregg A. Rubenstein**
Partner

NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, MA 02110-2131
P (617) 345-6184
C (617) 755-8284
F (866) 369-4747
grubenstein@nixonpeabody.com
www.nixonpeabody.com


legally green℠ Please consider the environment before printing this email.

This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.