| | |
|---|---|
| **From:** | McDevitt, Jerry |
| **Sent:** | Tuesday, July 20, 2010 5:30 PM |
| **To:** | Gregg Rubenstein (grubenstein@nixonpeabody.com) |
| **Subject:** | |

Gregg,

Now that you have had some time to consider my last email regarding the false allegations made against Linda McMahon which I highlighted in my prior email, and to do further due diligence regarding those allegations, I would appreciate your advise as to whether those allegations will be dropped voluntarily or not and whether you intend to file an amended complaint to delete those allegations and drop Linda McMahon as a defendant. I would obviously prefer that you do so voluntarily in order to avoid the cost of motion practice collateral to the claims which you have attempted to assert on behalf of Martha Hart. Thus, please advise if you will do so or whether collateral motion practice will be necessary to deal with the inclusion of Linda McMahon in this case on the basis of provably false allegations.

1