## Rubenstein, Gregg

| | |
|---|---|
| **From:** | Rubenstein, Gregg |
| **Sent:** | Friday, June 25, 2010 12:00 PM |
| **To:** | jerry.mcdevitt@klgates.com |
| **Cc:** | Pressman, Arthur; Rauseo-Ricupero, Ronaldo; Collier, Stacie B |
| **Subject:** | Hart v. WWE, et al. |

Jerry

   I write to follow up on our telephone conversation yesterday.  Please let me know by close of business Monday whether you will accept service of process for the McMahons or if I should make alternative arrangements.   Also, please let me know your availability for our Rule 26(f) conference pursuant to D. Conn.'s Standing Order In Civil Cases.  I am generally available next week except for Wednesday and am available the following week starting on the 6th.

Gregg

### Gregg A. Rubenstein
**Partner**



100 Summer Street
Boston, MA 02110-2131
P (617) 345-6184
C (617) 755-8284
F (866) 369-4747
grubenstein@nixonpeabody.com
www.nixonpeabody.com



This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.

8/2/2010