## Rubenstein, Gregg

**From:** McDevitt, Jerry [Jerry.McDevitt@klgates.com]
**Sent:** Friday, June 25, 2010 2:03 PM
**To:** Rubenstein, Gregg
**Subject:** RE: Hart v. WWE, et al.

I am authorized to accept service for Vince and Linda McMahon. It is premature to discuss a date for a rule 26(f) conference, and that is not required until 30 days of the first appearance of a defendant. That has not occurred yet.
 I would appreciate receipt of true and correct copies of anything you or your firm have filed in the case to date, including pro hac vice applications and any orders in regard to such requests.
 Lastly, in paragraph 33 of the Complaint, it is alleged that " the Estate registered a copyright to the life story of Owen Hart". The complaint, however, nowhere identifies the jurisdiction which issued such an alleged registered copyright to the estate. Count IV alleges a copyright infringement count " For use of Likeness", and the Estate makes vague reference to "its copyright" in para 77. Please provide the identifying information for the alleged registered copyright.
 Needless to say, this is written subject to a full reservation of rights regarding other manifest issues regarding the bona fides of certain allegations of the Complaint, many of which were widely promoted in press releases and in violation of the rules governing extrajudicial speech.

---

**From:** Rubenstein, Gregg [mailto:grubenstein@nixonpeabody.com]
**Sent:** Friday, June 25, 2010 12:00 PM
**To:** McDevitt, Jerry
**Cc:** Pressman, Arthur; Rauseo-Ricupero, Ronaldo; Collier, Stacie B
**Subject:** Hart v. WWE, et al.

Jerry

   I write to follow up on our telephone conversation yesterday.  Please let me know by close of business Monday whether you will accept service of process for the McMahons or if I should make alternative arrangements.    Also, please let me know your availability for our Rule 26(f) conference pursuant to D. Conn.'s Standing Order In Civil Cases.  I am generally available next week except for Wednesday and am available the following week starting on the 6th.

Gregg

### Gregg A. Rubenstein
**Partner**

**NIXON PEABODY** LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, MA 02110-2131
P (617) 345-6184
C (617) 755-8284
F (866) 369-4747
grubenstein@nixonpeabody.com
www.nixonpeabody.com


legally green℠ Please consider the environment before printing this email.

This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.

8/2/2010

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Jerry.McDevitt@klgates.com.

8/2/2010