# Rubenstein, Gregg

| | |
|---|---|
| **From:** | Rubenstein, Gregg |
| **Sent:** | Thursday, July 08, 2010 8:57 AM |
| **To:** | 'jbtroop@daypitney.com' |
| **Cc:** | Pressman, Arthur; Rauseo-Ricupero, Ronaldo; 'McDevitt, Jerry' |
| **Subject:** | Hart v. WWE |

Jonathan

   Please let me know your availability for our Rule 26(f) conference pursuant to D. Conn.'s Standing Order in Civil Cases. I am generally available over the next two weeks, so let me know what day and time is convenient for your. Thank you.

Gregg

## Gregg A. Rubenstein
**Partner**


NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, MA 02110-2131
P (617) 345-6184
C (617) 755-8284
F (866) 369-4747
grubenstein@nixonpeabody.com
www.nixonpeabody.com

legally green℠ Please consider the environment before printing this email.

This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system. Thank you.

8/2/2010