UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                    )
MARTHA HART, as personal representative of  )
THE ESTATE OF OWEN JAMES HART,     )
                                    )
          Plaintiff,             )
                                    )    C.A. No. 3:10-cv-00975-SRU
          v.                 )
                                    )
WORLD WRESTLING ENTERTAINMENT,   )
INC., VINCE MCMAHON and          )
LINDA MCMAHON,               )
                                    )
          Defendants.         )
_____)

## MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff Martha Hart hereby moves, pursuant to Fed. R. Civ. P. 15(a), for leave to file the accompanying First Amended Complaint to bring a claim in her individual capacity, allege additional facts concerning defendants' actions and to add a claim for negligent supervision.  A clean copy of plaintiffs' proposed First Amended Complaint is attached as Exhibit A and a redline comparison of the First Amended Complaint to the original Complaint is attached as Exhibit B.  In support of this motion, Hart states as follows:

1.      Martha Hart filed this action on June 22, 2010.

2.      Hart seeks to amend her Complaint to bring a claim in her individual capacity, allege additional facts concerning defendants' behavior and to assert a claim for negligent supervision.

3.      Pursuant to Fed. R. Civ. P. 15(a), "[t]he court should freely give leave when justice so requires."  The proposed amended complaint clarifies certain allegations to which defendants have objected, asserts claims that are not futile and does not unfairly prejudice

defendants because defendants have not permitted discovery to begin.  See Forman v. Davis, 371 U.S. 178, 182 (1962) ("If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason -- such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. -- the leave sought should, as the rules require, be 'freely given.'").

4.      Pursuant to Fed. R. Civ. P. 15(a), Hart must obtain leave of court to amend because defendants have not answered or otherwise responded to the Complaint and more than 21 days has passed since service of the Complaint.

5.      Defendants' counsel was provided a copy of the proposed Amended Complaint today at approximately 9:55 a.m. and asked to either consent to or oppose its filing by day's end. Defendants' counsel responded that this "arbitrary deadline" was "offensive" and that he would take a position after a reasonable opportunity to review the Amended Complaint.  As of 5:00 p.m. today, defendants' counsel has taken no position.

WHEREFORE, Hart respectfully requests that this Court grant her Motion for Leave to Amend and to accept as filed her First Amended Complaint attached as Exhibit A.

- 3 -

Respectfully submitted,

MARTHA HART, as personal representative of
THE ESTATE OF OWEN JAMES HART,

By her attorneys,

  /s/ Gregg A. Rubenstein
Arthur L. Pressman (PHV04087)
Gregg A. Rubenstein (PHV04089)
Ronaldo Rauseo-Ricupero (PHV04088)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts  02110
(617) 345-1000
apressman@nixonpeabody.com
grubenstein@nixonpeabody.com
rrauseoricupero@nixonpeabody.com

and

Stacie Boeniger Collier (CT-18895)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
sbcollier@nixonpeabody.com

Dated:  August 4, 2010

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2010, a copy of the foregoing Motion for Leave to

Amend was filed electronically and served by mail on anyone unable to accept electronic filing.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of

Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/ Gregg. A. Rubenstein
Gregg A. Rubenstein (PHV04089)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000
(617) 345-1300 fax
email: grubenstein@nixonpeabody.com