UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTHA HART, in her personal capacity and as personal representative of THE ESTATE OF OWEN JAMES HART : : : : Plaintiff, : : vs. : : WORLD WRESTLING ENTERTAINMENT, INC., : VINCE MCMAHON and LINDA MCMAHON. : : Defendants. | C. A. NO. 3:10-CV-975 (SRU) SEPTEMBER 20, 2010 |

**APPENDIX IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT BY WORLD WRESTLING ENTERTAINMENT, INC., VINCE AND LINDA MCMAHON**

PI-2437239 v1

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | DVD: "Hart & Soul: The Hart Family Anthology" |
| 2. | November 7, 2000 General Release and Settlement Agreement |
| 3. | *Blood v. Titan Sports, Inc.*, 3:94CV307P (May 13, 1997) (unpublished summary judgment opinion) |
| 4. | March 31, 2010 Canadian Order |
| 5. | Copyright Registrations for Hart Family 1995 and 1996 Christmas Photograph |
| 6. | Certificate of Recordation regarding Short Form Agreement |
| 7. | March 29, 2010 Motion for Canadian Injunction |
| 8. | May 20, 2010 Canadian Order |
| 9. | Embargoed Press Release |
| 10. | Internet printouts from www.marthahartsueswwe.com (Martha Hart responds to Linda McMahon) |
| 11. | Internet printouts from www.marthahartsueswwe.com (Martha Hart Fact Sheet) |
| 12. | Various Transcripts and News Articles |

`                                         Respectfully submitted,


/s/ Jerry S. McDevitt, Esquire
Jerry S. McDevitt (ct11783)
Curtis B. Krasik (ct20427)
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
(412) 355-8608

Jonathan B. Tropp (ct11295)
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901
(203) 977-7300

*Attorneys for Defendants World Wrestling Entertainment, Inc., Vincent McMahon and Linda McMahon*

Dated: September 20, 2010

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2010, the foregoing **APPENDIX IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT BY WORLD WRESTLING ENTERTAINMENT, INC., VINCE AND LINDA MCMAHON** was served on the following counsel through the Court's CM/ECF System:

Gregg Rubenstein
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131

                                              /s/ Jerry S. McDevitt, Esquire
                                              Jerry S. McDevitt