UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTHA HART, in her personal capacity and as personal representative of THE ESTATE OF OWEN JAMES HART, ) ) ) ) | |
| Plaintiff, ) ) | C.A. No. 3:10-cv-975-SRU |
| v. ) ) | Notice of Manual Filing |
| WORLD WRESTLING ENTERTAINMENT, INC. ) VINCE McMAHON and LINDA McMAHON, ) ) | |
| Defendants. ) | September 20, 2010 |

Please take notice that Defendants World Wrestling Entertainment, Inc. ("WWE"), Vince McMahon and Linda McMahon have manually filed the DVD entitled "Hart & Soul: The Hart Family Anthology" ("DVD").  The DVD is referenced as Exhibit 1 to the Appendix filed in support of WWE's Memorandum of Law in Support of Motion to Dismiss First Amended Complaint and Defendants' Vince and Linda McMahon Memorandum of Law in Support of Motion to Dismiss First Amended Complaint.

The DVD has not been filed electronically because:

| X | the DVD cannot be converted to an electronic format |
|---|---|
| X | the electronic file size of the DVD exceeds 5.0 megabytes |

The DVD has been manually served on all parties.

Respectfully submitted,

/s/ Jerry S. McDevitt, Esquire
Jerry S. McDevitt (ct11783)
Curtis B. Krasik (ct20427)

K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
(412) 355-8608


Jonathan B. Tropp (ct11295)
DAY PITNEY LLP
One Canterbury Green
Stamford, CT 06901
(203) 977-7300

*Attorneys for Defendants*
*World Wrestling Entertainment, Inc.,*
*Vincent McMahon and Linda McMahon*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2010, the foregoing **NOTICE OF MANUAL FILING** was served on the following:

Judge Stephan R. Underhill
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard - Suite 411
Bridgeport, Connecticut 06604

Gregg Rubenstein
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131

/s/ Jerry S. McDevitt, Esquire
Jerry S. McDevitt