11|30

## GENERAL RELEASE AND SETTLEMENT AGREEMENT

This General Release and Settlement Agreement (the "Agreement") is entered into this _____ day of November, 2000, by and between Martha Hart, individually and as next friend of Oje Hart and Athena Hart, Stu Hart, Helen Hart, Martha Hart as the Executor of the Estate of Owen Hart (collective "Plaintiffs") and World Wrestling Federation Entertainment, Inc., Titan Sports, Inc., Vincent McMahon, Linda McMahon, Bobby Talbert, Matt W. Allmen and the City of Kansas City, Missouri (collectively, the "Settling Defendants").

## RECITALS:

1.   **WHEREAS,** Martha Hart is the widow of Owen Hart and the next friend of minors Oje Hart and Athena Hart.

2.   **WHEREAS,** Martha Hart and Owen Hart, deceased, are the natural parents of Oje Hart and Athena Hart.

3.   **WHEREAS,** Stu Hart is the natural father of decedent Owen Hart.

4.   **WHEREAS,** Helen Hart is the natural mother of decedent Owen Hart.

5.   **WHEREAS,** Martha Hart is the Executor of the Estate of Owen Hart.

6.   **WHEREAS,** World Wrestling Federation Entertainment, Inc. is a Delaware corporation doing business in the State of Missouri.

7.   **WHEREAS,** Titan Sports, Inc. was a Delaware corporation which did business in the State of Missouri.  Titan Sports, Inc. is now known as World Wrestling Federation Entertainment, Inc.

8.   **WHEREAS,** Vincent McMahon is an individual residing in Stamford, Connecticut and is the Chairman of World Wrestling Federation Entertainment, Inc.

9.      **WHEREAS,** Linda McMahon is an individual residing in Stamford, Connecticut and is the President of World Wrestling Federation Entertainment, Inc.

10.      **WHEREAS,** Bobby Talbert is an individual residing in Orlando, Florida.

11.      **WHEREAS,** Matt W. Allmen is an individual residing in Orlando, Florida.

12.      **WHEREAS,** the City of Kansas City, Missouri is a municipal corporation existing and operating under the laws of the State of Missouri and is the owner / operator of Kemper Arena.

13.      **WHEREAS,** decedent Owen Hart was an independent contractor with World Wrestling Federation Entertainment, Inc., formerly known as Titan Sports, Inc.

14.      **WHEREAS,** on May 23, 1999, Owen Hart sustained fatal injuries while performing at a sports entertainment event sponsored by World Wrestling Federation Entertainment, Inc., formerly known as Titan Sports, Inc., at Kemper Arena in Kansas City, Jackson County, Missouri.

15.      **WHEREAS,** Martha Hart, individually and as next friend of Oje Hart and Athena Hart, Stu Hart and Helen Hart filed a wrongful death suit in the Circuit Court of Jackson County, Missouri, at Kansas City, styled Martha Hart, et al. v. World Wrestling Federation Entertainment, Inc., et al., Case No. 99CV-210774 (the "Missouri Lawsuit").

16.      **WHEREAS,** World Wrestling Federation Entertainment, Inc. filed suit in the United States District Court for the District of Connecticut asserting causes of action for breach of contract and declaratory judgment as a result of the Missouri Lawsuit in a case styled, World Wrestling Federation Entertainment, Inc. v. The Estate of Owen Hart, et al., Case No. 3:99CV1945 (the "Connecticut Lawsuit").

17.    **WHEREAS,** Plaintiffs in the Missouri Lawsuit filed a Petition for Writ of

Prohibition in the Missouri Court of Appeals, styled State ex rel. Martha Hart, et al. v. Long, WD

Case No. 58761 (the "Missouri Appeal").

18.    **WHEREAS,** Plaintiffs dismissed Defendants Lewmar Inc., Lewmar Ltd.,

and Amspec, Inc. from the Missouri Lawsuit on April 19, 2000 for ZERO DOLLARS.

19.    **WHEREAS,** World Wrestling Federation Entertainment, Inc. filed a

Third-Party Petition on May 24, 2000 against Lewmar Inc., Lewmar Ltd. and Amspec, Inc.

Lewmar Ltd., Lewmar Inc. and Amspec Inc. filed motions to dismiss the Third-Party Petition,

which motions were denied by Order dated August 25, 2000.  Accordingly, there remain pending

Third-Party claims by World Wrestling Federation Entertainment, Inc. against Lewmar Inc.,

Lewmar Ltd. and Amspec, Inc. which are not released, disposed of, rendered moot or otherwise

extinguished by this Settlement Agreement.

20.    **WHEREAS,** the parties to this Agreement desire to settle all claims,

demands and causes of action by, between and among them which were asserted or which might

have been asserted in the Missouri Lawsuit, the Connecticut Lawsuit or the Missouri Appeal,

whether known or unknown, upon the terms and conditions set forth herein.

**AGREEMENT**

In consideration of the above premises and the mutual agreements contained

herein, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as

follows:

1.    **General Release.**  Upon execution of this Agreement and in consideration

of payment as set forth in this Agreement, Martha Hart, individually and as next friend of Oje

Hart and Athena Hart, Stu Hart, Helen Hart and Martha Hart as Executor of the Estate of Owen

Hart and any person or entity claiming through or under any of them (the "Releasing Parties"),

hereby remise, release, acquit and forever discharge World Wrestling Federation Entertainment,

Inc., Titan Sports, Inc. Vincent McMahon, Linda McMahon, the City of Kansas City, Missouri,

Bobby Talbert, Matt W. Allmen, James C. Vinzant, James "Scott" Williams, Lewmar, Ltd.,

Lewmar, Inc., Amspec, Inc., and Lift-All Company, Inc., and any other persons, entities or

corporations who are or may be claimed to be liable in any fashion, their officers, directors,

agents, past and present employees, shareholders, affiliates, subsidiaries, parent companies, heirs,

personal representatives, predecessors, successors and assigns (the "Released Parties") of and

from all claims, debts, losses, liabilities, costs, expenses (including attorney's fees), causes of

action, lawsuits, and demands of every kind and nature whatsoever, whether known or unknown,

from the beginning of time to the date of this Agreement, that the Releasing Parties had or may

now have against any of them, as may have arisen or has arisen, in connection with any and all

matters arising out of or relating to the death of Owen Hart, including but not limited to any

matters that were, or could have been, set forth in any of the pleadings relating to the Missouri

Lawsuit, the Connecticut Lawsuit and/or the Missouri Appeal.

      2.    **Settlement Amount**.  World Wrestling Federation Entertainment, Inc.,

formerly known as Titan Sports, Inc. ("WWFE") and TIG Insurance Company ("TIG") agree to

pay and the Releasing Parties agree to accept the total sum of  EIGHTEEN MILLION

DOLLARS U.S. (the "Settlement Amount") in full and final settlement of all claims the

Releasing Parties now have or may subsequently have against World Wrestling Federation

Entertainment, Inc., formerly known as Titan Sports, Inc., Vincent McMahon, Linda McMahon,

the City of Kansas City, Missouri, Bobby Talbert and Matt W. Allmen (the "Settling

Defendants").  All sums are paid as compensatory damages and do not include any payment for

aggravating circumstances or punitive damages. The Releasing Parties hereby specifically agree that the Settlement Amount shall be allocated among the Releasing Parties in the following manner, unless otherwise directed by any Court: TEN MILLION DOLLARS to be paid to Plaintiff Martha Hart; THREE MILLION DOLLARS to be paid on behalf of Oje Hart as directed by the Missouri Court and the Court of Queen's Bench of Alberta; THREE MILLION DOLLARS to be paid on behalf of Athena Hart as directed by the Missouri Court and the Court of Queen's Bench of Alberta; ONE MILLION DOLLARS to be paid to Plaintiff Stu Hart; and ONE MILLION DOLLARS to be paid to Plaintiff Helen Hart.

3.    **Responsibility for Liens**. The Releasing Parties agree the Settling Defendants shall not be responsible for any portion of any lien or other claim of any medical provider, insurer, government agency, attorney or other party. The Releasing Parties hereby represent and warrant that no lien or other claim of any medical provider, insurer, government agency, attorney or other party exists.

4.    **Acknowledgment of Compromise**. The undersigned acknowledge the parties have agreed to this settlement as a compromise, adjustment and settlement of any and all claims, disputed or otherwise, by the Releasing Parties, on account of any alleged injuries or damages sustained as a result of the death of Owen Hart, and for the express purpose of precluding forever any further or additional claims by the Releasing Parties against any person, entity or corporation arising out of the death of Owen Hart.

5.    **Contribution/Indemnification**. The parties to this Agreement agree that WWFE may pursue all claims for contribution and/or indemnification against Lewmar, Inc., Lewmar Ltd., Amspec, Inc., James C. Vinzant, James "Scott" Williams, and/or any other person, corporation or entity now known or hereafter discovered or believed to be liable for all or any

part of the damages suffered by the Releasing Parties. The Releasing Parties hereby acknowledge that the Settlement Amount is given for the purpose of making a full and final compromise, adjustment and settlement of any and all claims, disputed or otherwise, by the Releasing Parties on account of any alleged injuries or damages sustained as a result of the death of Owen Hart. Martha Hart, Stu Hart and Helen Hart agree to cooperate with WWFE in its pursuit of all such claims, and to provide complete and truthful information to WWFE regarding their settlement with and release of Lewmar, Inc., Lewmar Ltd., Amspec, Inc. and Lift-All Company, Inc. in the Missouri Lawsuit.

      6.    **Court Approval**. This Settlement Agreement is expressly contingent upon:

      (a)    approval of all terms and conditions herein and the granting of the joint application in its entirety by the Missouri Court consistent with Missouri Revised Statute §§ 537.095, 507.182 and 507.184. The parties hereto agree to request jointly that the Court expeditiously approve the terms of this Agreement; and

      (b)    granting of an application by Oje Hart, by his next friend Martha Hart and Athena Hart, by her next friend Martha Hart, to the Court of Queen's Bench of Alberta for an Order confirming a settlement of their claims as being in their best interests pursuant to the provisions of section 15 of the *Minors' Property Act*, R.S.A. 1980, c. M-16.

7.     **Public Statements**.  The Releasing Parties, including Plaintiffs and their counsel, and the WWFE and its counsel agree to limit public statements regarding this Agreement to a confirmation that an amicable settlement has been reached satisfactory to the parties which will now be submitted to the Court for approval and that WWFE will now continue the case against the entities which manufactured and sold the stunt equipment.  In addition, the WWFE may make such additional statements as may be required by the rules and regulations of the Securities and Exchange Commission.

8.     **Requisite Power and Authority**.  Subject to Paragraph 6 herein, each party hereto represents and warrants that it has all requisite power and authority to execute, deliver and make legally binding this Agreement and that such execution and delivery has been authorized by all requisite corporate action.

9.     **Binding on the Estate**.  Martha Hart hereby represents and warrants that:

(a)     Owen Hart left a Last Will dated September 5, 1996 in which he appointed Martha Hart as his sole Executor;

(b)     Martha Hart, after a thorough search of all likely places, has found no other testamentary documents of Owen Hart;

(c)     To the best of Martha Hart's information and belief, the Last Will dated September 5, 1996 is Owen Hart's Last Will; and

(d)     Martha Hart, as Executor, has all requisite power and authority to bind the Estate of Owen Hart under Canadian and American law.

Martha Hart and the Law Firm of Pipella & Company agree to take all further actions, if any, necessary to make this settlement binding upon the Estate of Owen Hart.

10.     Martha Hart hereby represents and warrants she will comply with all requirements of Revised Missouri Statute § 507.150 unless and except as otherwise permitted by Order of Court.

11.     **Joint Preparation**.  Each of the parties has cooperated and participated in the drafting and preparation of this Agreement.  Accordingly, the parties agree that this Agreement shall not be construed or interpreted in favor of or against any party by virtue of the identity of its preparer.

12.     **Complete Agreement**.  This Agreement contains the entire agreement between the parties to this Agreement with regard to the matters covered by it and shall be binding on all parties, their executors, administrators, personal representatives, heirs, successors and assigns.  No promise or agreement not herein expressed has been made or relied upon by any party and all agreements and understandings are fully embodied herein.

13.     **Multiple Originals**.  This Agreement may be executed in any number of counterparts, each of which when so executed shall be an original, and all such counterparts shall together constitute the same instrument.

14.     **Knowledge of Contents/Advice of Counsel**.  The parties have been fully advised by their respective counsel as to the legal and binding effect of the releases and other agreements provided for in this Agreement and, having been so advised, freely and voluntarily sign this Agreement.

15.     **Choice of Law**.  This Agreement shall be governed by the law of Missouri as to all matters of interpretation and remedy.

16.     **Additional Documents**.  All parties agree to cooperate fully and sign any and all supplementary documents and take all additional actions necessary to give full force and effect to the terms of this Agreement.

17.     **Preparation of Dismissal Papers**.  Counsel for the Plaintiffs and counsel for the Settling Defendants shall execute and file a Joint Stipulation of Dismissal with Prejudice as promptly as possible upon approval of this settlement by the Court, with each party to bear their own costs, for the Petition filed in the Missouri Lawsuit, the Petition for Writ of Prohibition filed in the Missouri Appeal and the Complaint filed in the Connecticut Lawsuit.  Counsel for Plaintiffs also shall request as promptly as possible upon approval of this settlement that the Missouri Court of Appeals vacate the Preliminary Writ of Prohibition issued in the Missouri Appeal.

18.     **Attorneys' Fees**.  Robb & Robb LLC and Pipella & Company are the only law firms having any interest in the causes of action released pursuant to this Agreement.  Robb & Robb LLC and Pipella & Company do not seek their fees or expenses from any of the Released Parties.

19.     **Costs**.  As to the Missouri Lawsuit, the Connecticut Lawsuit and the Missouri Appeal, each party thereto shall bear its own costs.

20.     **Enforcement**.  Should any party be forced to bring an action to enforce the terms of this Agreement, that party shall be entitled to recover reasonable attorneys' fees and expenses incurred therein.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date and the year first above written.

_Martha Hart_
Martha Hart, Individually

_Stu Hart_
Stu Hart

_Martha Hart_
Martha Hart as next friend of Oje Hart

_Helen Hart_
Helen Hart

_Martha Hart_
Martha Hart as next friend of Athena Hart

_Martha Hart_
Martha Hart as the Executor of the Estate
of Owen Hart


World Wrestling Federation Entertainment, Inc.,
formerly known as Titan Sports, Inc.


By:_____
Title:_____


Vincent McMahon                          Linda McMahon

_____          _____
Martha Hart, Individually            Stu Hart


_____          _____
Martha Hart as next friend of Oje Hart   Helen Hart


_____
Martha Hart as next friend of Athena Hart


_____
Martha Hart as the Executor of the Estate
of Owen Hart


World Wrestling Federation Entertainment, Inc.,
formerly known as Titan Sports, Inc.

By: _LINDA E. MCMAHON_____
Title: _CEO_____


_____          _____
Vincent McMahon                      Linda McMahon


The City of Kansas City, Missouri
/ Kemper Arena

The City of Kansas City, Missouri
/ Kemper Arena

Walter J. O'Toole

By:_____

Title: _City Attorney_____

_____          _____
Matt W. Allmen                      Bobby Talbert

By:_____
Title:_____




_____          _____
Matt W. Allmen                           Bobby Talbert



STATE OF _____  )
                                      ) ss.
COUNTY OF _____  )

On this _____ day of November, 2000, before me, the undersigned officer, personally appeared Martha Hart, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.


_____
Notary Public

My Commission Expires:

_____

By:_____

Title:_____


_____          _____
Matt W. Allmen                                     Bobby Talbert


STATE OF _____ )
                                                 ) ss.
COUNTY OF _____ )

   On this _____ day of November, 2000, before me, the undersigned officer, personally appeared Martha Hart, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

   In Witness Whereof, I hereunto set my hand and official seal.


           _____
           Notary Public

My Commission Expires:

_____

STATE OF _Missouri_ )
                    ) ss.
COUNTY OF _Jackson_ )

On this _7th_ day of November, 2000, before me, the undersigned officer, personally appeared Martha Hart, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires:

_____

```
TERESA SHELL VELASQUEZ
Notary Public – Notary Seal
State of Missouri
County of Clay
My Commission Expires 07/23/2004
```

STATE OF _Missouri_ )
                    ) ss.
COUNTY OF _Jackson_ )

On this _7th_ day of November, 2000, before me, the undersigned officer, personally appeared Martha Hart, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same as next friend of Oje Hart for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires:

_____

```
TERESA SHELL VELASQUEZ
Notary Public – Notary Seal
State of Missouri
County of Clay
My Commission Expires 07/23/2004
```

STATE OF _Missouri_ )
                        ) ss.
COUNTY OF _Jackson_ )

       On this 7th day of November, 2000, before me, the undersigned officer, personally appeared Martha Hart, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same as next friend of Athena Hart for the purposes therein contained.

            In Witness Whereof, I hereunto set my hand and official seal.

                                   _____
                                   Notary Public

My Commission Expires:

                                      TERESA SHELL VELASQUEZ
                                    Notary Public – Notary Seal
_____    State of Missouri
                                      County of Clay
                       My Commission Expires 07/23/2004

STATE OF _Missouri_ )
                        ) ss.
COUNTY OF _Jackson_ )

       On this 7th day of November, 2000, before me, the undersigned officer, personally appeared Stu Hart, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

            In Witness Whereof, I hereunto set my hand and official seal.

                                     _____
                                   Notary Public

My Commission Expires:

                                      TERESA SHELL VELASQUEZ
                                    Notary Public – Notary Seal
_____    State of Missouri
                                      County of Clay
                       My Commission Expires 07/23/2004

STATE OF _Missouri_ )
                    ) ss.
COUNTY OF _Jackson_ )

      On this _7th_ day of November, 2000, before me, the undersigned officer, personally appeared Helen Hart, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

      In Witness Whereof, I hereunto set my hand and official seal.

                                 Notary Public

**My Commission Expires:**

                                 TERESA SHELL VELASQUEZ
                                 Notary Public – Notary Seal
                                 State of Missouri
                                 County of Clay
                             My Commission Expires 07/23/2004

---

STATE OF _Missouri_ )
                    ) ss.
COUNTY OF _Jackson_ )

      On this _7th_ day of November, 2000, before me, the undersigned officer, personally appeared Martha Hart, who acknowledged herself to be the Executor of the Estate of Owen Hart, being authorized to do so, executed the foregoing instrument for the purposes therein contained.

      In Witness Whereof, I hereunto set my hand and official seal.

                                   Notary Public

**My Commission Expires:**

                                 TERESA SHELL VELASQUEZ
                                 Notary Public – Notary Seal
                                 State of Missouri
                                 County of Clay
                             My Commission Expires 07/23/2004

STATE OF _Connecticut_ )
                        ) ss. _Stanford_
COUNTY OF _Fairfield_   )

     On this _30th_ day of November, 1999, before me, the undersigned officer, personally appeared _Linda E. McMahon_, who acknowledged ~~himself~~/herself to be the _____CEO_____ of World Wrestling Entertainment, Inc., formerly known as Titan Sport, Inc., and that ~~he~~/she, as such _____CEO_____, being authorized to do so, executed the foregoing instrument for the purposes therein contained.

     In Witness Whereof, I hereunto set my hand and official seal.

                        _Elizabeth M DiFabio_
                             Notary Public

My Commission Expires:

     ELIZABETH M. DiFABIO
       *NOTARY PUBLIC*
     MY COMMISSION EXPIRES AUG. 31, 2004


STATE OF _Connecticut_ )
                        ) ss. _Stanford_
COUNTY OF _Fairfield_   )

     On this _30th_ day of November, 2000, before me, the undersigned officer, personally appeared Vincent McMahon, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

     In Witness Whereof, I hereunto set my hand and official seal.

                        _Elizabeth M. DiFabio_
                             Notary Public

My Commission Expires:

     ELIZABETH M. DiFABIO
       *NOTARY PUBLIC*
     MY COMMISSION EXPIRES AUG. 31, 2004

STATE OF *Connecticut* )
                         ) ss. *Stamford*
COUNTY OF *Fairfield* )

On this *30th* day of November, 2000, before me, the undersigned officer, personally appeared Linda McMahon, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

*Elizabeth M. Difabio*
Notary Public

My Commission Expires:

ELIZABETH M. DIFABIO
NOTARY PUBLIC
MY COMMISSION EXPIRES AUG. 31, 2004

STATE OF_____ )
                         ) ss.
COUNTY OF_____ )

On this ___ day of November, 1999, before me, the undersigned officer, personally appeared Walter J. O'Toole, who acknowledged himself to be the City Attorney of the City of Kansas City, Missouri / Kemper Arena, and that he, as such City Attorney, being authorized to do so, executed the foregoing instrument for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires:

_____

STATE OF _____ )
                                        ) ss.
COUNTY OF _____ )

On this _____ day of November, 2000, before me, the undersigned officer, personally appeared Linda McMahon, known to me to be the person whose name is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires:

_____

STATE OF _Missouri_____ )
                                        ) ss.
COUNTY OF _Jackson___ )

On this 7 day of November, ~~1999~~, 2000, before me, the undersigned officer, personally appeared Walter J. O'Toole, who acknowledged himself to be the City Attorney of the City of Kansas City, Missouri / Kemper Arena, and that he, as such City Attorney, being authorized to do so, executed the foregoing instrument for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

_Trudy Latta_____
Notary Public

My Commission Expires:

TRUDY LATTA
Notary Public - Notary Seal
STATE OF MISSOURI
Commissioned in Clay County
My Commission Expires: 2/28/2003

KC01DOCS/506362.01                    16

STATE OF _Florida_  )
                    ) ss.
COUNTY OF _Orange_  )

       On this __4__ day of November, 2000, before me, the undersigned officer, personally appeared Matt W. Allmen, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

       In Witness Whereof, I hereunto set my hand and official seal.

                                          Notary Public

My Commission Expires:

_04-03-2004_

                    Adam Rachiele
               Commission # CC 924784
               Expires April 3, 2004
                 Bonded Thru
              Atlantic Bonding Co., Inc.

STATE OF _____  )
                         ) ss.
COUNTY OF _____   )

       On this _____ day of November, 2000, before me, the undersigned officer, personally appeared Bobby Talbert, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

       In Witness Whereof, I hereunto set my hand and official seal.

                                          Notary Public

My Commission Expires:

_____

STATE OF _____ )
                       ) ss.
COUNTY OF _____ )

On this _____ day of November, 2000, before me, the undersigned officer, personally appeared Matt W. Allmen, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires:

_____


STATE OF *Florida* )
                       ) ss.
COUNTY OF *Orange* )

On this *6* day of November, 2000, before me, the undersigned officer, personally appeared Bobby Talbert, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

In Witness Whereof, I hereunto set my hand and official seal.

*Lorraine A. Orza*
Notary Public

My Commission Expires:

*02-07-04*

LORRAINE A. ORZA
Notary Public, State of Florida
My comm. Expires Feb. 7, 2004
No. CC 908310
Bonded thru Official Notary Service
1-(800) 723-0121

APPROVED AND AGREED TO BY:


_____

Gary C. Robb
Anita Porte Robb
Robb & Robb LLC
One Kansas City Place
1200 Main Street, Suite 3900
Kansas City, Missouri 64105


Edward S. Pipella, Q.C.
Pamela E. Fischer, Esq.
Barristers and Solicitors
Pipella & Company
600 Bank of Canada Bldg.
404 6th Avenue, S.W.
Calgary, Alberta, Canada T2P OR9

ATTORNEYS FOR PLAINTIFFS


_____

Craig S. O'Dear
Robert M. Thompson
Juliet A. Cox
3500 One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105
Telephone:   (816) 374-3200
Facsimile:   (816) 374-3300

_Jerry S. McDevitt /by KC_

Jerry S. McDevitt
Terry Budd
Mark A. Rush
Curtis B. Krasik
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501

ATTORNEYS FOR DEFENDANTS
World Wrestling Federation Entertainment,
Inc. f/k/a Titan Sports, Inc., Vincent
McMahon and Linda E. McMahon


_Kent Sullivan /w/ consent by KC_

Kent Sullivan
Morrison & Hecker LLP
2600 Grand Avenue
Kansas City, Missouri  64108

ATTORNEYS FOR DEFENDANTS
Bobby Talbert and Matthew W. Allmen


_Bradley S. Russell /w/ consent by J KC_

Bradley S. Russell
Frischer & Russell, Chtd.
4500 College Blvd., Suite 308
Overland Park, Kansas 66211

ATTORNEY FOR DEFENDANT
City of Kansas City, Missouri / Kemper Arena

Jerry S. McDevitt
Terry Budd
Mark A. Rush
Curtis B. Krasik
Kirkpatrick & Lockhart LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501

ATTORNEYS FOR DEFENDANTS
World Wrestling Federation Entertainment,
Inc. f/k/a Titan Sports, Inc., Vincent
McMahon and Linda E. McMahon


Kent Sullivan
Morrison & Hecker LLP
2600 Grand Avenue
Kansas City, Missouri 64108

ATTORNEYS FOR DEFENDANTS
Bobby Talbert and Matthew W. Allmen


Bradley S. Russell
Frischer & Russell, Chtd.
4500 College Blvd., Suite 308
Overland Park, Kansas 66211

ATTORNEY FOR DEFENDANT
City of Kansas City, Missouri / Kemper Arena