Registration Number

# VAu 1-029-311

Effective date of registration:

July 8, 2010

## Title
**Title of Work:** Hart Family 1996 Christmas Photograph

## Completion/ Publication
**Year of Completion:** 1996

## Author
- **Author:** R.P. Photo Enterprises Co., Ltd.
  **Author Created:** photograph(s)
  **Work made for hire:** Yes
  **Domiciled in:** Canada

## Copyright claimant
**Copyright Claimant:** Martha Hart
27 Coulee Ridge SE, Elbow Valley, Calgary, T3Z 1A6, Canada

**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Nixon Peabody LLP
**Name:** Gregg A. Rubenstein
**Email:** grubenstein@nixonpeabody.com     **Telephone:** 617-345-6184
**Address:** 100 Summer Street
Boston, MA 02110 United States

## Certification
**Name:** Gregg A. Rubenstein
**Date:** July 8, 2010

Registration #:   VAU001029311

Service Request #:   1-442457137

Nixon Peabody LLP
Gregg A. Rubenstein
100 Summer Street
Boston, MA 02110  United States

Registration Number
**VAu 1-029-648**
Effective date of registration:
July 8, 2010

## Title
**Title of Work:** Hart Family 1995 Christmas Photograph

## Completion/ Publication
**Year of Completion:** 1995

## Author
- **Author:** R.P. Photo Enterprises Co., Ltd.
  **Author Created:** photograph(s)
  **Work made for hire:** Yes
  **Domiciled in:** Canada

## Copyright claimant
**Copyright Claimant:** Martha Hart
27 Coulee Ridge SE, Elbow Valley, Calgary, T3Z 1A6, Canada
**Transfer Statement:** By written agreement

## Rights and Permissions
**Organization Name:** Nixon Peabody LLP
**Name:** Gregg A. Rubenstein
**Email:** gruhenstein@nixonpeabody.com    **Telephone:** 617-345-6184
**Address:** 100 summer St.
Boston, MA 02110 United States

## Certification
**Name:** Gregg A. Rubenstein
**Date:** July 8, 2010

Registration #:   VAU001029648

Service Request #:   1-442457051

Nixon Peabody LLP
Attn: Gregg A. Rubenstein
100 Summer St.
Boston, MA 02110 United States