## DOWNLOADS

Martha Hart, as personal representative of the Estate of Owen James Hart, v. World Wrestling Entertainment, Inc., Vince McMahon and Linda McMahon
PDF — 1.4 MB

Widow of Deceased Professional Wrestler OWEN HART files lawsuit against World Wrestling Entertainment, Vince McMahon & Linda McMahon
PDF — 73 KB

Martha Hart responds to Linda McMahon
PDF — 28KB

Martha Hart Fact Sheet
PDF — 28KB

This website provides information and updates relating to the lawsuit filed in the U.S. District Court for the District of Connecticut, by Martha Hart, on behalf of the estate of Owen Hart, against World Wrestling Entertainment (WWE), Vince McMahon (current chairman and CEO) and Linda McMahon (former CEO).

The lawsuit claims that the defendants violated a contract restricting the use of Owen Hart's name and likeness, and disregarded Martha Hart's wishes against further association of her late husband's name with WWE following his death in a tragic accident orchestrated by WWE's predecessor under the direction of Vince and Linda McMahon. WWE has continued to use Owen Hart's name and image in videos, websites, television programming and print materials in violation of the contract Mr. Hart signed before his death, and despite Mrs. Hart's expressed wishes. The lawsuit seeks an order prohibiting WWE from further unauthorized use of Owen Hart's image and likeness and damages for past WWE profits.

Mrs. Hart is represented by the law firm Nixon Peabody, LLP.

The website contains court filings and a copy of the press release announcement.

### REPORTERS WITH QUESTIONS CAN CONTACT:

Athanasia Sfikas, 1-212-885-0415         OR        Elizabeth Cheek, 1-212-885-0682
Athanasia.sfikas@hillandknowlton.com              Elizabeth.cheek@hillandknowlton.com

For information on the Owen Hart Foundation, visit:
www.thecalgaryfoundation.org/owenhart/about.html

**Martha Hart Fact Sheet:**

- Widow of professional wrestler Owen Hart

- Born on October 31, 1966

- Holds Bachelor Degrees in Psychology and Sociology, and a Master Degree in Social and Developmental Psychology.

- Currently a Ph.D. Student at the University of Cambridge (England) in her final year.

- Met her husband, Owen Hart, in 1982, while they were both still in high school.

- They married on July 1, 1989, and had two children together.

- Owen Hart died while performing a stunt on May 23, 1999.

- She and the Hart family launched a wrongful death lawsuit against the WWF, which was settled out of court on November 2, 2000.

- In December 2000, she announced the opening of the Owen Hart Foundation – a Charity with two signature programs, scholarships and housing. Martha began the Foundation with a significant portion of the settlement from the wrongful death action.

- Martha wrote a book entitled *Broken Harts: The Life and Death of Owen Hart* that was released in 2002 in Canada and was a #1 Best Seller. It was released in the U.S. in 2004.

- Every year, Martha hosts a Charity Foundation with a guest star. Guests have included: Bob Newhart, Neil Sedaka, Paul Anka, Bill Cosby, Howie Mandel and Jerry Seinfeld. The 2010 event will take place on July 28 with Ringo Starr and his all Starr Band.



About the
Owen Hart Foundation

Current Projects

Become a Donor

Media Room

Contact Us

NEW! Photo Gallery



The Owen Hart Foundation Presents:

# RINGO STARR
## AND HIS ALL STARR BAND

**Wednesday, July 28, 2010**
Southern Alberta Jubilee Auditorium • 7:30 pm

**Tickets available at Ticketmaster**
**403.777.0000 or online www.ticketmaster.ca**



THE CALGARY FOUNDATION

In support of
The Owen Hart Foundation

Media Release

PRODUCED BY THE EVENT GROUP

HOME | ABOUT THE FOUNDATION | BECOME A DONOR | CURRENT PROJECTS | MEDIA ROOM | PHOTO GALLERY | CONTACT US