# ꝺ DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, DC

JONATHAN B. TROPP
Attorney at Law

One Canterbury Green
Stamford, CT  06901

T: (203) 977 7337  F: (203) 977 7301
jbtropp@daypitney.com

September 20, 2010

**VIA OVERNIGHT DELIVERY**

Clerk of the Court
United States District Court
District of Connecticut - at Bridgeport
915 Lafayette Boulevard
Bridgeport, CT  06604

    Re:    Hart v. World Wrestling Entertainment Inc. et al.
             Docket No. 3:10-cv-00975(SRU)

Dear Clerk:

    Enclosed is a Notice of Manual filing, along with the copy of the DVD that is to be manually filed accompanying the Appendix (Docket No. 38) to certain motions filed today (Docket Nos. 32, 34, 36).

                                  Very truly yours,

                                  Jonathan B. Tropp

JBT/sbp
Enclosures

71579271.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2010 SEP 21  A 11: 18
U.S. DISTRICT COURT
BRIDGEPORT. CONN

| Plaintiff, MARTHA HART, in her personal capacity and as personal representative of THE ESTATE OF OWEN JAMES HART | ) | Case No: C.A. No. 3:10-cv-00975-SRU |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| Defendant. WORLD WRESTLING ENTERTAINMENT, INC., VICE MCMAHON AND LINDA MCMAHON | ) | Notice of Manual Filing |
| | ) | |

Please take notice that **World Wrestling Entertainment, Inc., Vince McMahon and Linda McMahon** has manually filed the **Hart & Soul - The Hart Family Anthology DVD]**

This DVD has not been filed electronically because:

| ☒ | the DVD cannot be converted to an electronic format |
|---|---|
| ☐ | the electronic file size of the document exceeds 5.0 megabytes |
| ☐ | the document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. § 3006A] |

[NOTE: DISK CONTAINING PDF VERSION OF SEALED OR EX PARTE DOCUMENT IS REQUIRED UNLESS DOCUMENT CANNOT BE CONVERTED TO PDF FORMAT, DOCUMENT IS LARGER THAN 5.0 MB OR PARTY HAS BEEN EXCUSED FROM SUBMITTING DOCUMENT IN PDF FORMAT.]

| ☐ | Plaintiff/Defendant is excused from filing this document (or thing) by court order. |
|---|---|

The DVD has been manually served on all parties.

| | Respectfully submitted, |
|---|---|
| | |
| | /s/ Jonathan B. Tropp |
| | Jonathan B. Tropp (ct11295) Day Pitney LLP One Canterbury Green Stamford, CT 06901 Tel.: (203) 977-7300 Fax: (203) 977-7301 E-mail: jbtropp@daypitney.com |

71579272.1

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that on September 20, 2010, a copy of the foregoing Notice of Manual Filing along with a copy of the DVD, was served by first-class mail on plaintiff's counsel as follows:

Gregg A. Rubenstein
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110

/s/ Jonathan B. Tropp
Jonathan B. Tropp