UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTHA HART, in her personal capacity and as personal representative of THE ESTATE OF OWEN JAMES HART, <br><br> Plaintiff, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., VINCE MCMAHON and LINDA MCMAHON, <br><br> Defendants. | C.A. No. 3:10-cv-00975-SRU |

## DECLARATION OF GREGG A. RUBENSTEIN

I, Gregg A. Rubenstein, an adult individual, pursuant to 28 U.S.C. § 1746, hereby depose and state:

1. I am a partner with the law firm of Nixon Peabody LLP, attorneys for plaintiff Martha Hart and as such am familiar with this action and the matters stated in this Declaration. This Declaration is submitted in support of Hart's Opposition to World Wrestling Entertainment's Motion to Dismiss.

2. Attached as Exhibit A is a true and accurate copy of the July 5, 2010 Copyright Assignment from R.P. Photo Enterprises Co., Ltd. to Martha Hart. Because the Copyright Assignment transfers ownership to over 150 photographs, Exhibit A to the Copyright Assignment has been edited to include only the two photographs presently at issue: the 1995 Holiday Card and 1996 Holiday Card (as defined in the First Amended Complaint).

3. Attached as Exhibit B is a true and accurate copy of Athans v. Canadian Adventure Camps Ltd., [1977] 17 O.R. (2d) 425, (Ont. H.C.J.).

13206940.1

4. Attached as Exhibit C is a true and accurate copy of Euro-Excellence Inc. v. Kraft Canada Inc., [2007] S.C.J. No. 37.

5. Attached as Exhibit D is a true and accurate copy of Krouse v. Chrysler Canada Ltd., [1973], 1 O.R. (2d) 225 (C.A.).

6. Attached as Exhibit E is a true and accurate copy of Copyright Act, R.S.C. 1985, c. C-42, s. 64(3)(b).

I declare under penalty of perjury that the foregoing statements are true and correct on this 25th day of October 2010.

    /s/ Gregg A. Rubenstein
Gregg A. Rubenstein

CERTIFICATE OF SERVICE

This is to certify that on October 25, 2010 a copy of the foregoing Declaration was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

    /s/ Gregg A. Rubenstein
Gregg A. Rubenstein

13206940.1