# COPYRIGHT ASSIGNMENT

For the sum of One Dollar ($1.00) and other good and valuable consideration, receipt of which is hereby acknowledged, R.P. Photo Enterprises Co., Ltd., a Canadian corporation with a principal place of business at 60 Huntford Close NE Calgary Alberta T2K 3Y6 CANADA ("Assignor"), owner of the entire right, title, and interest in the works of authorship identified in Exhibit A (the "Works") and any U.S. and Canadian Copyright Registrations thereof, does hereby assign, sell and set over to Martha Hart, a Calgary resident with an address at 27 Coulee Ridge SW Elbow Valley Calgary Alberta T3Z 1A6 CANADA, her heirs, estate, or legal representatives (collectively "Assignee") the entire right, title and interest in the Works and any U.S., Canadian, and/or other Copyright Registrations thereof, and any and all copyrights, renewals and extensions thereof, now in the United States, Canada, and/or any other country or countries, and all actions and causes of action related to the foregoing, including without limitation the right to sue for past, present, and future infringements.

The Assignor hereby waives all so-called "moral rights" that the Assignor may enjoy now or in the future in any territory throughout the world in relation to the Works, to the full extent that such rights may be waived by law, and agrees not to commence or permit any claim against any person on the grounds that the exploitation of the Work by or under the authority of the Assignee in any way constitutes an infringement of such moral rights, is in any way a defamation or mutilation of the Works or prejudicial to the Assignor's honour or reputation, or contains unauthorized variations, alterations, modifications or changes.

Assignor represents and warrants that (i) it is the sole lawful owner of the rights in and to the Works and any U.S. and Canadian Copyright Registrations thereof, and (ii) it has not granted any rights inconsistent with the grant and transfer of rights herein.

Date: JULY 5 2010

Assignor
By: [signature]
Signature

Rick Patterson

PRESIDENT & OWNER
Title

PROVIDENCE OF ALBERTA  ) 
                        ) SS.:
CITY OF CALGARY         )

Commissioners for Oaths

On this 5 day of July, 2010, before me, the undersigned ~~notary public,~~ personally appeared Rick Patterson, proved to me through satisfactory evidence of identification, which were PROVEN, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

[signature]
(official signature and seal of ~~notary~~) Commissioners for Oaths
My commission expires: MARCH 10 2011

JEANNETTE PATTERSON
My Commission Expires
March 10 2011
#062838 1

13052528.2

# EXHIBIT A



