UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTHA HART, in her personal capacity and as personal representative of THE ESTATE OF OWEN JAMES HART,<br><br>Plaintiff,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., VINCE MCMAHON and LINDA MCMAHON,<br><br>Defendants. | C.A. No. 3: l0-cv-00975-SRU |

**STIPULATION AND PROTECTIVE ORDER**

STATE OF [_____] )

                     ) ss:

COUNTY OF [_____] )

      [INSERT NAME], being duly sworn, deposes and says:

    1.    I am over the age of 18 years and have personal knowledge of the hereinafter stated facts.

    2.    My address is _____

_____.

    3.    My present employer is _____

_____, and the address of my present employer is

_____.

    4.        My present occupation or job description is _____

_____.

    5.        I have received a copy of the [Protective Order ("Order") in this action signed by the Court on _____, 20\_\_.]

    6.        I have carefully read and understand the provisions of the Order.

    7.        I hereby agree to be bound by the terms and conditions of the Order.

    8.        During the pendency and after final termination of this action and any related proceedings, I will hold in confidence and not disclose to anyone not qualified under the Order any "Confidential Information" (as such terms are defined in the Order) disclosed to me.

    9.        I understand that any breach of this agreement may subject me to sanctions for contempt of this Order and possible suit for civil damages and other relief arising therefrom.

_____
[Print Name]

_____
[Signature]

Sworn to before me this
\_\_\_ day of _____, 20\_\_\_

_____
    Notary Public