MARTHA HART et al. v. WWF, et al.,
Case 3:10-cv-00975-SRU   Document 87   Filed 06/11/12   Page 1 of 3
MARTHA HART
JULY 10, 2002

203

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

MARTHA HART, Individually and on  )
Behalf of Minors OJE EDWARD HART  )
and ATEHA CHRISTINE HART, and     )
STU HART and HELEN HART,          )
                                  )
            Plaintiffs,           )
                                  )
     vs.                          ) No. 99CV-210774
                                  )
WORLD WRESTLING FEDERATION        )
ENTERTAINMENT, INC., et al.,      )
                                  )
            Defendants and        )
     Third-Party Plaintiffs,      )
                                  )
     vs.                          )
                                  )
AMSPEC, INC., LEWMAR LIMITED      )
and LEWMAR, INC., formerly known  )
as LEWMAR MARINE, INC.,           )
                                  )
            Third-Party Defendants. )

THE VIDEOTAPED DEPOSITION OF MARTHA HART, VOLUME II, on behalf of the Defendants Lewmar, between the hours of eight o'clock in the forenoon and six o'clock in the afternoon of Wednesday, July 10, 2002, at the law offices of Robb & Robb, 1200 Main Street, Suite 3900, in the City of Kansas City, in the County of Jackson, and State of Missouri, before me,

SAUNDRA A. TIPPINS, CCR
of
JOHN M. BOWEN & ASSOCIATES,
Shorthand Reporters,

a Notary Public, in a certain cause now pending in the Circuit Court of Jackson County, Missouri, wherein MARTHA HART, et al., are the Plaintiffs and WORLD WRESTLING FEDERATION, ET AL., are the Defendants and Third-Party Plaintiffs, and AMSPEC, INC., et al., are Third-Party Defendants.

Page 204

Appearances

For the Defendants and Third-Party Plaintiffs:

> Bryan Cave, LLP
> 1200 Main Street
> 3500 One Kansas City Place
> Kansas City, Missouri 64105
> By Mr. Craig O'Dear
> By Ms. Juliet Cox

For the Third-Party Defendants:

> Foland & Wickens
> 911 Main Street
> Suite 2900
> Kansas City, Missouri 64105
> By Mr. Paul Wickens

For the Witness:

> Robb & Robb
> 1200 Main Street
> Suite 3900
> Kansas City, Missouri 64105
> By Mr. Gary Robb

Page 205

EXAMINATION                                    PAGE
Examination by Mr. O'Dear................... 207
Re-examination by Mr. Wickens............... 284
Re-examination by Mr. O'Dear................ 301
Further Examination by Mr. Wickens.......... 308
Examination by Mr. Robb..................... 309
Further Examination by Mr. O'Dear........... 317

INDEX
EXHIBIT NO.                                    PAGE
18  ........................................ 207
9   ........................................ 290

Page 206

STIPULATIONS

It is hereby stipulated and agreed by between counsel for the respective parties and the witness that presentment of this deposition to this witness is hereby waived.

It is hereby further stipulated and agreed by and between the respective parties hereto that said deposition shall be signed by the witness before the time of trial of this case.

It is hereby further stipulated and agreed by and between counsel for the respective parties hereto, that the deposition of the witness may be signed before a Notary Public other than the Notary before whom the deposition was taken.

Page 207

EXAMINATION
By MR. O'DEAR:

Q  Mrs. Hart, you understand that we are continuing with your deposition today? You are still under oath?

A  Yes.

Q  Okay. I am going to start with some questions today that pertain to a little different issue than what we have been talking about. As I have explained to you before, we have an issue with Lewmar about the legal effect of the release you gave Lewmar as it pertains to WWF's receipts, not as it pertains to you and Lewmar.

A  Yes.

Q  But another issue in the case is the issue between us and Lewmar again, is the issue of whether the $18 million that we paid to you and your children and Owen's parents was a fair and reasonable compromise of the actual damage claims that you-all had.

(The reporter marked Deposition Exhibit No. 18 for identification.)

Q  (By Mr. O'Dear) And what I've done is marked as exhibit Plaintiffs' Exhibit 18 to the Hart deposition, the section from the Missouri

Case 3:10-cv-00975-SRU   Document 87-1   Filed 06/11/12   Page 3 of 3

MARTHA HART                            Multi-Page™                    MARTHA HART, et al., -vs-
JULY 10, 2002                WORLD WRESTLING FEDERATION ENTERTAINMENT, INC., et al.

Page 296

A  No.
Q  Did Vince McMahon himself make a presentation to you?
A  In the mediation?
Q  Did he make an oral presentation in the mediation?
A  Yes, he did.
Q  What did he say?
A  He said he was responsible; that he was sorry.
       MR. O'DEAR: Let me again preserve the objection because obviously this is all in the context of the mediation, which we believe is privileged.
       JUDGE GUM: Objection is preserved.
       MR. WICKENS: Did you finish?
A  I'm just thinking. I can tell you more what I said to him than what he said to me. He was very nervous. He could barely sign his name, he was shaking so bad. So I remember that. He seemed to talk about a lot of things that I didn't agree with. At one point I interjected and accused him of lying because he seemed to be turning red. But anything specific?
Q  (By Mr. Wickens) Of course we weren't there so I'm trying to understand what happened. How

Page 297

much -- how long was Vince McMahon's presentation?
A  Maybe five or ten minutes.
Q  Did you take exception to anything he said yourself there right after he said it?
A  Well, I was pleased to hear that he was accepting some responsibility because that's what this was about, was getting accountability and he said that he did accept responsibility for Owen's death and I felt success in that area because that was something that, you know, was important to me.
   I was glad to hear that he was sorry because I think he is a very unemotional person that is, you know, emotionally detached and so I was glad that I could reach him and make him realize what had been lost here.
Q  Did Linda McMahon make any presentation?
A  No, nothing.
Q  When Mr. McMahon said that he was sorry and accepted responsibility for Owen's death, do you remember what he said specifically or as best you can?
A  Well, he just -- he said something that, you know, he felt Owen was a part of his family or

Page 298

something, which was just such a ridiculous comment because, you know, that was just a lie. But, you know, it was just a sugar-coated comment to try to appease me, which just irritated me.
   But, you know, just along those lines, but the gist of it was that, you know, he was accepting the responsibility and he was trying to be cordial.
Q  Did he suggest when he accepted responsibility that someone other than WWF was responsible?
       MR. O'DEAR: I object to form.
       JUDGE GUM: Overruled.
A  No, he didn't. In fact, as far as my recollection is that he was accepting full responsibility.
Q  (By Mr. Wickens) I understand that mediation was not successful or terminated. What caused the termination?
A  Well, again the mediator was not mediating. He was a mark for Vince McMahon. He was chatting it up. You know, just an assumption that I made, had stated to Vince that look it, you have offered $17 million here. That's a lot of money. You are already exceeding what has been

Page 299

offered in previous cases. This is breaking a record as it is. So why are you going to pay more? You don't need to pay more.
   So I think that it was, you know -- that's what was happening here, because there was absolutely no mediation going on whatsoever. And I felt that that was not his position to be deciding what was fair and what wasn't because we were at 32 and Vince was at 17, and his job was to bring us together. And he did not do that.
Q  The WWF had offered the $17 million before the mediation even started. Correct?
A  We sat there all day and I think that they -- they, you know, said they would bump it up like a few hundred thousand dollars which was, you know, it was a waste of our time to sit there and try to go through this process after everything that had happened and after all the underhanded dirty tricks that the WWF had done throughout the case and then to sit there and be dragged to Kansas City, which to me is hell on earth, and have to sit there and wait all day and not even have any mediation happening whatsoever, I was completely prepared to