UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTHA HART, in her personal capacity and as personal representative of THE ESTATE OF OWEN JAMES HART,<br><br>Plaintiff,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., VINCE MCMAHON and LINDA MCMAHON,<br><br>Defendants. | C.A. No. 3:10-cv-00975-SRU<br><br><br>JANUARY 21, 2011 |

## PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST REQUEST FOR ADMISSIONS

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, plaintiff Martha Hart, in her personal capacity and as personal representative of the Estate of Owen James Hart, ("Hart") hereby responds to defendants' First Requests for Admissions ("First Request for Admissions") as follows:

### PRELIMINARY STATEMENT

Hart has responded to the First Request for Admissions as she interprets and understands them. Hart reserves the right to amend or supplement her responses either based on further facts that come to light or if defendants subsequently assert an interpretation of the First Request for Admissions that differs from Hart's interpretation or understanding.

Hart reserves her right to object to the competency, relevancy, materiality and admissibility of the information disclosed pursuant to her responses to the First Request for

13309975.1

**Request for Admission No. 35:**

Admit that WWE continued to send checks to You following Owen's death in 1999.

**Response No. 35:**

Hart admits that WWE sent several checks following Owen's death in 1999, all of which, except for scheduled salary payments due to Owen and the payment resolving the matter of Martha Hart v. World Wrestling Federation, et al., Docket No.: 99CV210774 (Jackson County Circuit Court, Kansas City, Missouri), were returned uncashed to WWE marked void. In all other respects, Request No. 35 is denied.

**Request for Admission No. 36:**

Admit that You cashed checks sent to You by WWE following Owen's death in 1999.

**Response No. 36:**

Hart admits that WWE sent several checks following Owen's death in 1999, all of which, except for scheduled salary payments due to Owen and the payment resolving the matter of Martha Hart v. World Wrestling Federation, et al., Docket No.: 99CV210774 (Jackson County Circuit Court, Kansas City, Missouri), were returned uncashed to WWE marked void. In all other respects, Request No. 36 is denied.

**Request for Admission No. 37:**

Admit that a true and correct copy of a letter dated September 23, 1999 from Gary Robb to Jerry McDevitt is attached hereto as Exhibit A.

**Response No. 37:**

13309975.1

- 16 -

Hart is unable to admit or deny the truth of the statement because she has insufficient information or knowledge.

**Request for Admission No. 38:**

Admit that a true and correct copy of a letter dated September 28, 1999 from Jerry McDevitt to Gary Robb is attached hereto as Exhibit B.

**Response No. 38:**

Hart is unable to admit or deny the truth of the statement because she has insufficient information or knowledge.

**Request for Admission No. 39:**

Admit that a true and correct copy of a letter dated October 1, 1999 from Gary Robb to Jerry McDevitt is attached hereto as Exhibit C.

**Response No. 39:**

Hart is unable to admit or deny the truth of the statement because she has insufficient information or knowledge.

**Request for Admission No. 40:**

Admit that You were aware of the letters attached hereto as Exhibits A-C at or around the time those letters were sent or received by your legal counsel.

**Response No. 40:**

Admitted.

13309975.1

Booking Contract terminated when Owen died.

**Response No. 44:**

Denied.

                                        As to Objections,

                                        _/s/ Arthur L. Pressman_
                                        Arthur L. Pressman (PHV04087)
                                        Gregg A. Rubenstein (PHV04089)
                                        Ronaldo Rauseo-Ricupero (PHV04088)
                                        NIXON PEABODY LLP
                                        100 Summer Street
                                        Boston, Massachusetts  02110
                                        (617) 345-1000
                                        apressman@nixonpeabody.com
                                        grubenstein@nixonpeabody.com
                                        rrauseoricupero@nixonpeabody.com

                                        and

                                        Stacie Boeniger Collier (CT-18895)
                                        NIXON PEABODY LLP
                                        One Citizens Plaza
                                        Providence, RI 02903
                                        (401) 454-1000
                                        sbcollier@nixonpeabody.com

Dated:  January 24, 2011

13309975.1

- 19 -

## VERIFICATION

I, Martha Hart, certify that I have read and know the contents of the foregoing responses to Request for Admissions, and that the foregoing responses are true to the best of my present knowledge, information and belief.

I declare under the penalty of perjury that the foregoing is true and correct.

*M. Hart*

MARTHA HART

Executed on this 21st day of January, 2011.

## CERTIFICATE OF SERVICE

This is to certify that on January 24, 2011 a copy of the foregoing document was served by mail on Jonathan B. Tropp, Day Pitney LLP, One Canterbury Green, Stamford, CT 06901.

Gregg A. Rubenstein

13309975.1

# EXHIBIT A



# ROBB & ROBB LLC
### ATTORNEYS AT LAW

*Dedicated to representing injury victims and their families*
http://www.robbrobb.com

ONE KANSAS CITY PLACE
SUITE 3900
1200 MAIN STREET
KANSAS CITY, MISSOURI 64105

September 23, 1999

TELEPHONE
(816) 474-8080

FACSIMILE
(816) 474-8081

**VIA FEDERAL EXPRESS**

Jerry S. McDevitt, Esq.
**KIRKPATRICK & LOCKHART LLP**
1500 Oliver Building
Pittsburgh, Pennsylvania 15222

    RE:  MARTHA HART, et al v. WORLD WRESTLING FEDERATION, et al
          CASE NO.:  99-CV-210774

Dear Jerry:

    It has come to my attention that defendant Titan Sports, Inc. has continued to send Owen's weekly checks in the amount of $7,692.32 to our client, Martha Hart. I respectfully request that your clients cease all contact or other communications with Mrs. Hart or any of our other clients.

    Enclosed herewith are the following checks, all of which are returned marked "void:"

1. Check no. 81363, dated July 2, 1999;
2. Check no. 81494, dated July 9, 1999;
3. Check no. 81759, dated July 23, 1999;
4. Check no. 81894, dated July 30, 1999;
5. Check no. 82404, dated August 27, 1999;
6. Check no. 82537, dated September 3, 1999; and
7. Check no. 82660, dated September 10, 1999.

Thank you for your attention to this matter.

                              Sincerely yours,

                              GARY C. ROBB

GCR:dli
Enclosures

cc:  Edward S. Pipella, Q.C.
      Pamela E. Fischer, Esq.

# EXHIBIT B

# KIRKPATRICK & LOCKHART LLP

1500 OLIVER BUILDING
PITTSBURGH, PENNSYLVANIA 15222-2312

TELEPHONE (412) 355-6500
FACSIMILE (412) 355-6501
www.kl.com

JERRY S. MCDEVITT
(412) 355-8608
MCDEVIJS@KL.COM

September 28, 1999

<u>VIA TELECOPIER</u>

Gary C. Robb, Esquire
ROBB & ROBB LLC
One Kansas City Place
1200 Main, Suite 3900
Kansas City, Missouri 64105

Dear Mr. Robb:

I have received your letter of September 23, 1999, returning checks which Titan had continued to send to Mrs. Hart after Owen's death in a humanitarian gesture. I take your letter to be an indication that Mrs. Hart does not wish Titan to do so. I will so advise my client not to send any further checks to Mrs. Hart.

To the extent your letter is requesting that my clients cease all contact with Mrs. Hart or any of your other clients, be kind enough to submit to me the legal authority for such a request because I do not believe it exists.

Very truly yours,

*[signature]*

Jerry S. McDevitt

:lw
cc: Craig O'Dear, Esquire
    Ed Kaufman, Esquire

PI-430717.01

BOSTON · HARRISBURG · MIAMI · NEW YORK · PITTSBURGH · WASHINGTON

# EXHIBIT C

# ROBB & ROBB LLC
### ATTORNEYS AT LAW

*Dedicated to representing injury victims and their families*
http://www.robbrobb.com

ONE KANSAS CITY PLACE
SUITE 3900
1200 MAIN STREET
KANSAS CITY, MISSOURI 64105

October 1, 1999

TELEPHONE
(816) 474-8080

FACSIMILE
(816) 474-8081

**VIA FEDERAL EXPRESS**

Jerry S. McDevitt, Esq.
**KIRKPATRICK & LOCKHART LLP**
1500 Oliver Building
Pittsburgh, Pennsylvania 15222

RE: MARTHA HART, et al v. WORLD WRESTLING FEDERATION, et al
CASE NO.: 99-CV-210774

Dear Jerry:

Thank you for your letter of September 28, 1999.

I enclose herewith additional checks payable to Owen Hart, numbers 82018, 82267, and 82838, all of which have been marked void. I understand that you will advise your client not to transmit any further checks to Mrs. Hart.

Thank you for your attention to this matter.

Sincerely yours,

GARY C. ROBB

GCR:dli
Enclosures

cc: Edward S. Pipella, Q.C.
Pamela E. Fischer, Esq.

**TITANSPORTS INC**

| INVOICE DATE MO DAY YEAR | DESCRIPTION | VENUE | NET AMOUNT |
|---|---|---|---|
| | GUARANTEE ADJ   GUARANTEE ADJ | | 7692.32 |
| GROSS AMOUNT | | | 7692.32 |
| GUARANTEE GROSS | 7692.32 | | |
| NET CHECK AMOUNT | 7692.32 | | |
| GUARANTEE ACCOUNT | | | |
| BALANCE 07/30/99 | -20769.28 | | |
| ADJUSTMENT THIS CHECK | -7692.32 | | |
| BALANCE 08/06/99 | -28461.60 | | |

| CHECK DATE | CONTROL NUMBER | | | |
|---|---|---|---|---|
| 08/06/99 | 82018 | 000663 **TOTALS** | | 7692.32 |

**TITANSPORTS INC**
P.O. BOX 3857
STAMFORD, CT 06902

Payable Through:
IBJ SCHRODER BANK & TRUST CO
M&I BANK OF MAYVILLE
MAYVILLE, WI 53050

79-600 / 759

**VOID   VOID   VOID**

TALENT ACCOUNT

PAY EXACTLY*****7692*DOLLARS*AND*32*CENTS   DATE 08/06/99   CONTROL NO. 82018   AMOUNT *******7692.32

**PAY TO THE ORDER OF**

OWEN HART
2028 SIROCCO DRIVE SW
CALGARY, AB, CN   T3H2N9

*Frank G Serpe*

⑈008 2018⑈ ⑆075906003⑆ 00001⑈9 2065⑈

**TITANSPORTS INC**

| INVOICE DATE MO DAY YEAR | DESCRIPTION | VENUE | NET AMOUNT |
|---|---|---|---|
| | GUARANTEE ADJ    GUARANTEE ADJ | | 7692.32 |
| | | | ============ |
| GROSS AMOUNT | | | 7692.32 |
| | | | |
| GUARANTEE GROSS | 7692.32 | | |
| NET CHECK AMOUNT | 7692.32 | | |
| | | | |
| GUARANTEE ACCOUNT | | | |
| BALANCE 08/13/99 | -28653.92 | | |
| ADJUSTMENT THIS CHECK | -7692.32 | | |
| BALANCE 08/20/99 | -36346.24 | | |

| CHECK DATE | CONTROL NUMBER | | | |
|---|---|---|---|---|
| 08/20/99 | 82267 | 000663 **TOTALS** | | 7692.32 |

Payable Through:
IBJ SCHRODER BANK & TRUST CO
M&I BANK OF MAYVILLE
MAYVILLE, WI 53050

**TITANSPORTS INC**
P.O. BOX 3857
STAMFORD, CT 06902

79-600 / 759

VOID  VOID  VOID

PAY EXACTLY **7692*DOLLARS*AND*32*CENTS   DATE 08/20/99   CONTROL NO. 82267

TALENT ACCOUNT
AMOUNT
*******7692.32

PAY TO THE ORDER OF

OWEN HART
2028 SIROCCO DRIVE SW
CALGARY, AB, CN   T3H2N9

*Frank G Serpe*

⑈008226⑈ ⑆075906003⑆ 00001⑈92065⑈

**TITANSPORTS INC**

| INVOICE DATE MO DAY YEAR | DESCRIPTION | VENUE | NET AMOUNT |
|---|---|---|---|
| | GUARANTEE ADJ    GUARANTEE ADJ | | 7692.32 |
| | | | ============ |
| GROSS AMOUNT | | | 7692.32 |

```
GUARANTEE GROSS                  7692.32
NET CHECK AMOUNT                 7692.32

GUARANTEE ACCOUNT
BALANCE 09/10/99               -59423.20
ADJUSTMENT THIS CHECK           -7692.32
BALANCE 09/17/99               -67115.52
```

| CHECK DATE | CONTROL NUMBER | | |
|---|---|---|---|
| 09/17/99 | 82838 | 000663 **TOTALS** | 7692.32 |

**TITANSPORTS INC**
P.O. BOX 3857
STAMFORD, CT 06902

Payable Through:
IBJ SCHRODER BANK & TRUST CO
M&I BANK OF MAYVILLE
MAYVILLE, WI 53050

79-600 / 759

**VOID  VOID  VOID**

TALENT ACCOUNT

| DATE | CONTROL NO. | AMOUNT |
|---|---|---|
PAY EXACTLY*****7692*DOLLARS*AND*32*CENTS   09/17/99    82838    *******7692.32

PAY TO THE ORDER OF

OWEN HART
2028 SIROCCO DRIVE SW
CALGARY, AB, CN   T3H2N9

*Frank G. Serpe* (signature)

⑆008283⑆ ⑈075906003⑈ 00001⑇92065⑆