# EXHIBIT 2

**DEFENDANTS' REPLY TO HART'S CONSOLIDATED
OPPOSITION TO WWE'S AND MCMAHONS'
MOTIONS TO DISMISS**

  

# Wrestlers Real Names

| | |
|---|---|
| 1-2-3 Kid | Sean Waltman |
| Tank Abbot | Dave "Tank" Abbot |
| Brian Adams | Brian Adams |
| Adrion Adonis | Keith Franke |
| Afa | Afa Anoa'i |
| Air Paris | Frank Parris |
| Akeem | George Gray |
| Albert | Matt Bloom |
| Arn Anderson | Marty Lunde |
| Andre the Giant | Andre Roussenof |
| Kurt Angle | Kurt Angle |
| Animal (Road Warriors/LOD) | Joe Laurindas |
| Brad Armstrong | Brad Armstrong |
| Scott Armstrong | Scott Armstrong |
| Steve Armstrong | Steve Armstrong |
| The Artist Formerly Known as Prince Iaukea | Mike Haynor |
| Asya | Christi Wolf |
| Tony Atlas | Anthony White |
| Stonecold Steve Austin | Steve Williams |
| Avalanche | Fred Ottman |
| Avitar | Allen Savern |
| Ax | Bill Eadie |
| Johnny B Badd | Marc Mero |
| Bob Backlund | Robert Backlund |
| Marcus Alexander "Buff" Bagwell | Marcus Bagwell |
| The Barbarian | Sionne Vailahi |
| Batista | Dave Bautista |
| Paul Bearer | William Moody |
| Brutus "The Barber" Beefcake | Ed Leslie |
| Chris Benoit | Chris Benoit |
| Berlyn | Alex Wright |
| Berzerker | John Nord |
| Beau Beverly | Wayne Bloom |
| Blake Beverly | Mike Enos |
| Big Boss Man | Ray Traylor |
| Big T | Tony Norris |
| Big Vito | Vito LoGrasso |
| Bam Bam Bigelow | Scott Bigelow |
| Eric Bischoff | Eric Bischoff |

| Ring Name | Real Name |
|---|---|
| Tully Blanchard | Tully Blanchard |
| Classy Freddie Blassie | Fred Blassman |
| Alundra Blayze | Debra Ann Miceli |
| Blue Blazer | Owen Hart |
| Adam Bomb | Bryan Clark |
| Bastian Booger | Mike Shaw |
| Booker T | Booker Hoffman |
| Ludvig Borga | Tony Halme |
| Bradshaw | John Layfield |
| Tom Brandi | Johnny Gunn |
| Dino Bravo | Adolph Bresciano |
| Bobo Brazil | Houston Harris |
| Brooklyn Brawler | Steve Lombardi |
| Gerald Brisco | Floyd Gerrald Brisco |
| Jack Brisco | Fred Joe Brisco |
| Brother Bruti | Ed Leslie |
| Brother Love | Bruce Prichard |
| Bad News Brown | Allen Coage |
| D'Lo Brown | A C O'Conner |
| Monty Brown | Monty Brown |
| Bull Buchanon | Barry Buchanon |
| British Bulldog | David Smith |
| King Kong Bundy | Chris Pallies |
| Big Bully Busick | Nick Busick |
| Butch (Bushwhackers) | Butch Miller |
| Cactus Jack | Micheal Francis Foley |
| Haystacks Calhoun | William Calhoun |
| Mean Mark Callaway | Mark Callaway |
| Chris Candido | Chris Candido |
| Mark Canterbury | Mark Canterbury |
| Leif Cassidy | Allan Sarven |
| Jesus Castillo | Jesus Castillo |
| John Cena | John Cena |
| Chainz | Brian Lee |
| Chainsaw Charlie | Terry Funk |
| Chaz | Chaz Warrington |
| Kim Chee | Steve Lombardi |
| Masa Chono | Masa Chono |
| Christian | Jay Reso |
| Brian Christopher | Brian Christopher Lawler |
| Chyna | Joanie Lee Laurer |
| Bryan Clark | Bryan Clark |
| Beaver Cleavage | Chaz Warrington |
| Coach | John Tolos |
| Carlos Colon | Carlitos Colon |
| Jim Cornette | Jim Cornette |
| Crowbar | Chris Ford |

| Ring Name | Real Name |
|---|---|
| | Bryan Adams |
| Daffney | Shannon Spruill |
| Barry Darsow | Barry Darsow |
| Dangerous Danny Davis | Danny Davis |
| Dawn Marie | Dawnmarie Psaltis |
| Debra | Debra Gale Williams |
| Jimmy Del Ray | James Richland |
| The Demon | Dale Torborg |
| Simon Diamond | Pat Kenney |
| The Diamond Studd | Scott Hall |
| Ted DiBiase | Theodore Marvin DiBiase |
| Diesel | Kevin Nash |
| Damien Dimento | Phil Theis |
| Disco Inferno | Glen Gilberny |
| The Disciple | Ed Leslie |
| D J Ran | Randy Gaskins |
| Doink | Steve Lombardi |
| | Matthew Wade Osborne |
| Dean Douglas | Shane Douglas |
| Shane Douglas | Shane Douglas |
| Duke "The Dumpster" Droese | Mike Droese |
| Darren "Puke" Drozdov | Darren Drozdov |
| Dude Love | Micheal Francis Foley |
| Spike Dudley | Matt Hyson |
| Hacksaw Jim Duggan | James Duggan |
| Bobby Duncum, Jr. | Bobby Duncum, Jr. |
| Steven Dunn | Steve Doll |
| Dynamite Kid | Tom Billington |
| Earthquake | John Tenta |
| Bobby Eaton | Bobby Eaton |
| Edge | Adam Copeland |
| Miss Elizabeth | Elizabeth Heulette |
| Paul Ellering | Paul Ellering |
| Jose Estrada | Jose Estrada |
| Johnny Fairplay | Jon Dalton |
| Faarooq | Ron Simmons |
| Fatu | Solofa Fatu |
| Bertha Faye | Rhonda Singh |
| Festus | Andrew Wiliam Hankinson |
| Howard Finkel | Howard Finkel |
| Fit Finlay | David Finlay |
| David Flair | David Fliehr |
| Ric Flair | Richard Morgan Fliehr |
| Scotty Flamingo | Scott Levy |
| Freddie Joe Floyd | Tracey Smothers |
| Mr. Fuji | Harry Fujiwara |
| Flash Funk | Charles "Scorpio" Scaggs |

| | |
|---|---|
| Terry Funk | Terry Funk |
| Doug Furnas | Doug Furnas |
| Gangrel | David Heath |
| Tony Garea | Tony Garea |
| Rugged Ronnie Garvin | Roger Barnes |
| The Genius | Lanny Pafo |
| The Giant | Paul Wight |
| Robert Gibson | Ruben Kane |
| Glacier | Ray Lloyd |
| The Godfather | Charles Wright |
| Henry Godwinn | Mark Canterbury |
| Phinneas Godwinn | Dennis Knight |
| Terri Gold | Heather Lee Millard |
| Bill Goldberg | William Goldberg |
| Goldust | Dustin Runnels |
| Giant Gonzales | Jorge Gonzales |
| The Goon | Bill Irwin |
| Rene Goulet | Bob Bedard |
| The Grand Wizard | Ernie Roth |
| Billy Graham | Eldrige Waynen Coleman |
| The Great Muta | Keiji Mutoh |
| Johnny Grunge | Mike Durham |
| Guardian Angel | Ray Traylor |
| Juventud Guerrera | Eduardo Anibal Gonzalez-Hernandez |
| Chavo Guerrero, Jr. | Salvador Guerrero IV |
| Eddy Guerrero | Eddy Guerrero |
| Bart Gunn | Michael Plocheck |
| Billy Gunn | Kip Sop |
| Major Gunns | Tylene Buck |
| Scott Hall | Scott Hall |
| Haku | Uliuli Fifita |
| Hakushi | Kensuke Shinzaki |
| Hammer | Mike Hildreth |
| Ms. Hancock | Stacy Keibler |
| Bret "The Hitman" Hart | Bret Hart |
| Jimmy Hart | Jimmy Hart |
| Owen Hart | Owen Hart |
| Hawk | Michael Hegstrand |
| Lord Alfred Hayes | Alfred Hayes |
| Michael Hayes | Michael Seitz |
| Earl Hebner | Earl Hebner |
| Bobby Heenan | Robert Heenan |
| Hunter Hearst-Helmsley | Jean Paul Levesque |
| Dok Hendrix | Michael Seitz |
| Curt Hennig | Curt Hennig |
| Mark Henry | Mark Henry |
| Hercules Hernandez | Ray Hernandez |

| Wrestler Name | Real Name |
|---|---|
|  | Jim Morris |
| Bob Holly | Bob Howard |
| Hardcore Holly | Bob Howard |
| Honky Tonk Man | Roy Wayne Ferris |
| Hollywood Hulk Hogan | Terry Bollea |
| T.L. Hopper | Tony Anthony |
| Hornswoggle | Dylan Postl |
| Barry Horrowitz | Barry Horrowitz |
| Mr. Hughes | Curtis Hughes |
| Ice Train | Mike Hoag |
| Interrogator (Truth Commission) | Robert Mallay |
| Iron Sheik | Hossein Vaziri |
| Jacqueline | Jackie Moore |
| Marty Jannetty | Marty Jannetty |
| Jeff Jarrett | Jeff Jarrett |
| Chris Jericho | Chris Irvine |
| Johnny the Bull | Jon Hugger |
| Ahmed Johnson | Tony Norris |
| Miss Jones | Carmel Macklin |
| Junkyard Dog | Silvester Ritter |
| K-Krush | Ron Killings |
| K-Kwik | Ron Killings |
| Kama (Mustafa) | Charles Wright |
| Kamala | Jim Harris |
| Kane | Glen Jacobs |
| (Chris) Kanyon | Chris "Kanyon" Klucsarits |
| Ken Kennedy | Ken Anderson |
| Kimberly | Kimberly Falkenberg |
| Billy Kidman | Peter Gruner |
| Kimona | Kristina Laum |
| Xanta Klaus | John Rickner |
| Kloudi | Jimmy Shoulders |
| Konnan | Carlos Ashenoff |
| Brian Knobbs | Brian Yandrisovitz |
| Jamie Knoble | Jamie Knoble |
| Killer Kowalski | Walter "Killer" Kowalski |
| Kwang | Juan Rivera |
| Jean-Pierre LaFitte | Karl Pierre Ouellette |
| Phil LaFon | Phil LaFon |
| Jerry "The King" Lawler | Jerry Lawler |
| Tennessee Lee | Robert Fuller |
| Brock Lesnar | Brock Edward Lesnar |
| Lita | Amy Christine Dumas |
| Paul London | Paul London |
| Luke (Bushwhackers) | Luke Williams |
| Lex Luger | Larry Pfohl |
| Mable | Nelson Frazzier |

| Ring Name | Real Name |
|---|---|
|  | Debbie Ann Micieli |
| Rocky Maivia | Dwayne Johnson |
| Dean Malenko | Dean Simon |
| Man Mountain Rock | Darryl Peterson |
| Mankind | Micheal Francis Foley |
| Mantaur | Jack Neu |
| Marlena | Terry Boatwright-Runnels |
| Rick "The Model" Martell | Richard Vignault |
| Frenchie Martin | Pierre Vignault |
| Maven | Maven Huffman |
| Linda McMahon | Linda McMahon |
| Shane McMahon | Shane McMahon |
| Stephanie McMahon | Stephanie McMahon |
| Vince McMahon | Vincent Kennedy McMahon, Jr. |
| Steve McMichael | Steve McMichael |
| Meat | Shawn Stipich |
| Leia Meow | Kristina Laum |
| Meng | Uliuli Fifita |
| Waylon Mercy | Dan Spivey |
| Marc Mero | Marc Mero |
| Shawn Michaels | Michael Hickenbottom |
| Midajah | Melinda Midajah O'Hearn |
| Midian (Mideon) | Dennis Knight |
| Ernest Miller | Ernest Miller |
| Missing Link | Byron Robertson |
| Taka Mitchinoku | Yoshida Takao |
| Mo | Bobby Horne |
| Gorilla Monsoon | Gino Marella |
| Aldo Montoya | P.J. Walker |
| Fabulous Moolah | Lillian Ellison |
| Max Moon | Tom Boric |
| Pedro Morales | Pedro Morales |
| Mordecai | Kevin Fertig |
| Ricky Mortin | Richard Mortin |
| Mortis | Chris "Kanyon" Klucsarits |
| Hugh Morrus | William DeMott |
| Mosh | Chaz Warrington |
| The Mountie | Jacques Rougeau, Jr |
| Col. Mustafa | Hossein Khsrow Vaziri |
| MVP (Baseball guy) | Steve Lomdardi |
| MVP (Montell Vontavious Porter) | Alvin Burke, Jr |
| Rey Mysterio, Jr | Oscar Gutierrez |
| Nailz | Kevin Wacholz |
| Bull Nakano | Keiko Nakano |
| Kevin Nash | Kevin Nash |
| Jim Neidhart | Jim Neidhart |
| Nidia | Nidia Guenard |

| Ring Name | Real Name |
|---|---|
|  | James Gibson |
| Scott Norton | Scott Norton |
| Christopher Nowinski | Christopher Nowinski |
| Oklahoma | Ed Ferrara |
| One Man Gang | George Gray |
| Paul Orndorff | Paul Martin |
| Bob Orton | Robert Orton Jr. |
| Leapin' Lanny Pafo | Lanny Pafo |
| Diamond Dallas Page | Page Falkenberg |
| Paisley | Sharmell Sullivan |
| Col. Robert Parker | Robert Welch |
| Ken Patera | Ken Patera |
| Nick Patrick | Nick Hamilton |
| The Patriot | Delbert Wilkes |
| Pat Patterson | Pierre Clermont |
| Miguel Perez | Miguel Perez |
| Mr. Perfect | Curt Hennig |
| Flyin' Brian Pillman | Brian Pillman |
| Rowdy Roddy Piper | Roderick GeorgeToombs |
| Johnny Polo | Scott Levy |
| Alex Porteau | Alex Porteau |
| Prince Iaukea | Mike Haynor |
| Tom Pritchard | Tom Pritchard |
| Psicosis | Dionico Castellanos |
| Ivan Putski | Ivan Bednardski |
| Scott Putski | Scott Bednardski |
| Rad Radford | Louie Mucciolo |
| Razor Ramon | Scott Hall |
| Stevie Ray | Lane Hoffman |
| Raven | Scott Levy |
| Recon | Barry Buchanon |
| Steven Regal | Darrin Matthews |
| William Regal | Darrin Matthews |
| Reno | Rick Cornell |
| The Repo Man | Barry Darsow |
| Dusty Rhodes | Virgil Runnels |
| Dutin Rhodes | Dustin Runnels |
| Stevie Richards | Michael Manna |
| Rico | Amarico Sebastiano Constantino |
| Scotty Riggs | Scott Anton |
| The Road Dogg | Brian James Armstrong |
| The Roadie | Brian James Armstrong |
| Jake "The Snake" Roberts | Aurelian Smith, Jr |
| The Rock | Dwayne Johnson |
| Rocco Rock | Ted Petty |
| Big Bubba Rogers | Ray Traylor |
| Paul Roma | Paul Centopani |

| | |
|---|---|
| | Bobby Roode |
| The Red Rooster | Paul Taylor |
| Playboy Buddy Rose | Paul Perschman |
| Jim Ross | Jim Ross |
| Jacques Rougeau | Jacques Rougeau, Jr |
| Dustin Runnels | Dustin Runnels |
| Terri Runnels | Terry Boatwright-Runnels |
| EZ Ryder | Eleanor Kerrigan |
| Chris Sabin | Chris Sabin |
| Mike Sanders | Michael Edwin Neil Sanders |
| Randy Savage | Randy Poffo |
| Sharmell | Sharmell Sullivan |
| Michael Shane | Matt Bentley |
| Sister Sherri | Sherri Russel |
| The Shockmaster | Fred Ottman |
| Sid | Sid Eudy |
| Charles Silverman | William E Daley |
| Saba Simba | Tony White |
| Salvatorre Sincere | Johnny Gunn |
| Ron Simmons | Ron Simmons |
| Tiger Ali Singh | Ali Singh |
| Rhonda Singh | Rhonda Singh |
| Arnold Skaaland | Arnold Skaaland |
| Skinner | Steve Kerne |
| Skip | Chris Candido |
| Sgt. Slaughter | Robert Remus |
| Smash (Demolition) | Barry Darsow |
| British Bulldog Davey Boy Smith | David Smith |
| (M l) Smooth | Harold Hogue |
| Sniper (Truth Commission) | Luc Poirier |
| Al Snow | Allen Sarven |
| Jimmy "Superfly" Snuka | Jim Reiher |
| Louie Spiccoli | Louie Mucciolo |
| The Stalker | Barry Windham |
| Johnny Stamboli | John Hugger |
| Lana Star | Lana Kinnear |
| Sean Stasiak | Shawn Stipich |
| Ricky "The Dragon" Steamboat | Ricky Blood |
| George "The Animal" Steele | James Meyers |
| Hammerin' Heather Steele | Christina Tomaziesski Colby |
| Rick Steiner | Rick Rechsteiner |
| Scott Steiner | Scott Rechesteiner |
| Sting | Steve Borden |
| Mr. Wall Street | Mike Rotundo |
| Chief Jay Strongbow | Joe Scarpa |
| Lance Storm | Lance Evers |
| Big John Studd | Johm William Minton |

| Ring Name | Real Name |
|---|---|
|  | Allen Jones |
| Kevin Sullivan | Kevin Sullivan |
| The Sultan | Solofa Fatu |
| Sunny | Tamara Lynn Sytch |
| Syxx | Sean Waltman |
| Tajiri | Yoshihiro Tajiri |
| Tatanka | Chris Chavis |
| Terry Taylor | Paul Taylor |
| Men's Teioh | Takeo Otsuka |
| Test | Andrew J Martin |
| Thrasher | Glen Ruth |
| Tyson Tomko | Travis Tomko |
| Ray Traylor | Ray Traylor |
| Triple H | Jean Paul Levesque |
| Tugboat | Fred Ottman |
| Tygress | Vanessa Sanchez |
| Typhoon | Fred Ottman |
| Ultimate Warrior | Jim Hellwig |
| Ultimo Dragon | Yoshihiro Asai |
| The Undertaker | Mark Callaway |
| (Ted DiBiase's) Undertaker | Brian Harris |
| Luna Vachon | Angelle Vachon |
| Big Van Vader | Leon White |
| (El) Vampiro | Ian Hotchkinson |
| Greg "The Hammer" Valentine | John Wisniski |
| James Vandenburg | James Mitchell |
| Savio Vega | Juan Rivera |
| Val Venis | Sean Morley |
| Jesse "The Body" Ventura | James Janos |
| Sid Vicious | Sid Eudy |
| Victoria | Lisa Marie Varon |
| Vincent | Mike Jones |
| Virgil | Mike Jones |
| Viscera | Nelson Frazzier |
| Nikolai Volkoff | Josip Peruzovic |
| Kerry Von Erich | Kerry Adkisson |
| The Wall | Michael Jerry Tuite |
| Jimmy Wang-Yang | James Wang |
| Koko B Ware | James Ware |
| The Warlord | Terry Szopinski |
| The Warrior | Jim Helwig |
| Timothy Well | Mark Smith |
| Dr. Death Steve Williams | Steve Williams |
| Harvey Wimpleman | Bruno Lauer |
| Barry Windham | Brian William |
| Kendall Windham | Kendall Windham |
| Wrath | Bryan Clark |

|  |  |
|---|---|
|  | Alex Wright |
| X-Pac | Sean Waltman |
| Yang | James Yun |
| Isaac Yankem, DDS | Glen Jacobs |
| Yokozuna | Rodney Anoia |
| Larry Zbyszko | Lawrence Whistler |
| Tom Zenk | Tom Zenk |
| Zeus | Tom Lister |
| Zip | Tom Pritchard |
| Boris Zhukoff | Jim Darrel |



Please recommend this tribute site to others on Facebook