# EXHIBIT 3

**DEFENDANTS' REPLY TO HART'S CONSOLIDATED OPPOSITION TO WWE'S AND MCMAHONS' MOTIONS TO DISMISS**

# List of WWE alumni (D–H)

From Wikipedia, the free encyclopedia

WWE is a sports entertainment company based in Stamford, Connecticut.[1] Former employees (family name letters D–H) in WWE consist of professional wrestlers, managers, play-by-play and color commentators, announcers, interviewers, referees, trainers, script writers, executives and board of directors.

WWE talents' contracts range from developmental contracts to multi-year deals. [2] They primarily appeared on WWE television programming, pay-per-view and live events and talent with developmental contracts appeared at Florida Championship Wrestling or they appeared at WWE's former training facilities: Deep South Wrestling, Heartland Wrestling Association, International Wrestling Association, Memphis Championship Wrestling or Ohio Valley Wrestling. When talent is released of their contract it could be for a budget cut, the individual asking for their release, for personal reasons, time off from an injury or retirement. In some cases, talent has died while they were contracted, such as Owen Hart, Eddie Guerrero, Chris Benoit and Brian Pillman.

Those who made appearances without a contract and those who were released but are currently employed are not included.



WWE Hall of Famer Richard Fliehr, better known as Ric Flair, at a live event in Seoul, South Korea.

| List of WWE alumni |
|---|
| A B C D E F G H I J K L M N O P Q R S T U V W X Y Z |

## Alumni (D–H)

| Name: | Ring name(s): | Tenure: | Notes |
|---|---|---|---|
| Shawn Daivari | Daivari<br>Khosrow Daivari | 2004-2007 | [3][4] [5] |
| Christopher Daniels | Conquistador Dos | 1998-2000 | [6][7] |
| Lou D'Angeli | Sign Guy Dudley<br>Lou E. Dangerously | 2006-2010 | |
| Billy Darnell† | Billy Darnell | 1961 | [8][9] |
| Barry Darsow | Demolition Smash<br>Repo Man | 1987-1993 | [10][11] |
| Rue DeBona | Rue DeBona | 2003-2004 | [12][13] |
| Carmella DeCesare | Carmella DeCesare | 2004 | [14][15] |
| Serena Deeb | Serena | 2010 | [16] |
| Colin Delaney | Colin Delaney | 2007-2008 | [17][18] [19] |
| Dominic DeNucci | Dominic DeNucci | 1967-1972,1974-1982 | [20][21] [22] |
| Michael Depoli | Amish Roadkill<br>Antoni Polaski<br>Braddock<br>Roadkill | 2005-2008 | [23][24] |



WWE Hall of Famer, Mary Lillian Ellison†, better known as The Fabulous Moolah, at a Houston, Texas airport.

| | Tony Braddock | | | |
|---|---|---|---|---|
| Theodore DiBiase | "The Million Dollar Man" Ted DiBiase | 1979,1987-1996,2006 | [25][26][27] | |
| John DiGiacomo | Jameson | 1992 | [28] | |
| Cathy Dingman | B.B.<br>Barbara Bush | 2000 | [29][30] | |
| Nick Dinsmore | Eugene<br>Doink the Clown<br>Nick Dinsmore | 1999,2001,2002-2007,2009 | [31] | Dory and Terry Funk in Hall of Fame 2009. |
| Rebecca DiPietro | Rebecca<br>Rebecca DiPietro | 2006-2007 | [32][33][34] | |
| Kenneth Doane | Kenny<br>Kenny Dykstra | 2005-2008 | [35][36][37] | |
| Steve Doll† | Steven Dunn | 1993-1995 | [38] | |
| Joseph Dorgan | Johnny Parisi<br>Joe Dorgan | 1995,2005-2006 | [39][40] | |
| Kara Drew | Cherry<br>Cherry Pie | 2005-2008 | [17][18][41] | |
| Mike Droese | Duke "The Dumpster" Droese | 1994-1996 | [42][43] | |
| James Dudley† | James Dudley | 1960s | [44] | |
| Jim Duggan | "Hacksaw" Jim Duggan | 1987-1993,2006-2009,2012-present | [45] | |
| Amy Dumas | Lita | 1999-2006 | [46][47] | |
| Michael Durham† | Johnny Grunge | 1999 | [48][49] | |
| Bill Eadie | Demolition Ax<br>The Masked Superstar<br>Super Machine/>Bolo Mongol | 1973,1983-1984,1986-1990 | [50] | |
| Conrad Efraim† | S.D. Jones | 1974-1979,1981-1988,1990 | [51][52][53][54] | |
| Paul Ellering | Paul Ellering | 1990-1992,1998 | [55] | |
| Lillian Ellison† | The Fabulous Moolah | 1955-1987,1998-2007 | [56][57][58] | |
| Jon Emminger | Lucky Cannon<br>Johnny Prime | 2008-2011 | | |
| Mike Enos | Blake Beverly | 1991-1993 | [59] | |
| Jose Estrada, Jr. | Jose Estrada, Jr. | 1997-1999 | [60] | |
| Jose Estrada, Sr. | Jose Estrada | 1978-1990 | [61][62][63] | |
| Kristin Eubanks | Krissy Vaine | 2006-2007 | [64][65][66] | |
| Sid Eudy | Sid<br>Sid Justice<br>Sycho Sid | 1991-1992,1995-1997 | [67][68] | |
| Tyrone Evans | Michael Tarver | 2008-2011 | [69] | |
| Lance Evers | Lance Storm | 2001-2005 | [70][71][72] | |

| | | | |
|---|---|---|---|
| Page Falkinburg | Diamond Dallas Page | 2001-2002 | [73][74] |
| James Fanning | Jimmy Valiant | 1971-1972,1973-1975,1979 | [75][76][77] |
| Ed Farhat† | The Sheik | 1964-1969,1973-1974 | [78] |
| Roy Wayne Farris | The Honky Tonk Man | 1986-1991,1997-1998 | [79][80][81] |
| Eddie Fatu† | Jamal<br>Umaga | 1995-1996,2002-2003,2005-2009 | [82] |
| Sam Fatu | The Tonga Kid<br>Tama | 1983-1988 | |
| Solofa Fatu | Fatu<br>Rikishi<br>Rikishi Phatu<br>The Sultan | 1992-2004 | [83] |
| Ray Fernandez† | Hercules<br>Hercules Hernandez{/Power | 1985-1992 | [84][85] |
| Kevin Fertig | Kevin Thorn<br>Mordecai<br>The Vampire<br>Vengeance<br>Seven Thorn | 2000-2005,2006-2009 | [86] |
| Tonga Fifita | Haku<br>King Haku<br>King Tonga | 1985-1992,2001 | [87][88] |
| Stephanie Finochio | Trinity | 2005-2007 | [89][90][91] |
| David Fliehr | David Flair | 2001-2002 | [92][93] |
| Richard Fliehr | Ric Flair | 1991-1993,2001-2008,2009 | |
| Angela Fong | Miss Angela<br>Savannah | 2007-2010 | [94][95] |
| Chad Fortune | Travis | 1995-1996 | [96][97][98] |
| Francine Fournier | Francine | 2006 | [99][100] |
| Keith Franke† | Adrian Adonis | 1982-1987 | [101] |
| Nelson Frazier, Jr. | Big Daddy V<br>King Mabel<br>Mabel<br>Viscera | 1993-1996,1998-2000,2004-2008 | [102][103][104] |
| Stan Frazier† | Uncle Elmer | 1985-1986 | [105][106] |
| Tatsumi Fujinami | Tatsumi Fujinami | 1978-1979 | [107][108] |
| Harry Fujiwara | Mr. Fuji | 1972-1974,1977-1978,1981-1996 | [109] |
| Robert Fuller | Tennessee Lee | 1998 | [110] |
| Jim Fullington | The Sandman | 2005-2007 | [99][111] |
| Shoichi Funaki | Funaki<br>Kung Fu Naki<br>Sho Funaki | 1998-2010 | [112] |
| Dory Funk, Jr. | Hoss Funk | 1986,1996,1998-1999 | |

| | | | |
|---|---|---|---|
| Terry Funk | Terry Funk<br>Chainsaw Charlie | 1972-1973,1985-1986,1997-1998,2006 | |
| Doug Furnas† | Doug Furnas | 1996-1997 | |
| Jean Gagné | Frenchy Martin | 1987-1990 | |
| Brianna Garcia | Brie Bella | 2007-2012 | [113] [114] |
| Nicole Garcia | Nikki Bella | 2007-2012 | [115] [116] |
| Scott Garland | Scott Taylor<br>Scotty 2 Hotty<br>Scotty Too Hotty | 1991-2007 | [117][118] |
| Shad Gaspard | Shad Gaspard<br>Shad | 2003-2010 | [119] |
| Peter Gasperino | Pete Gas | 1999-2001 | [120] |
| Jackie Gayda | Miss Jackie | 2002-2005 | [121][122] |
| Terry Gerin | Rhyno<br>Terry Richards | 1995,2001-2005 | [123] |
| Eddie Gilbert† | "Hot Stuff" Eddie Gilbert | 1981-1983 | |
| Glenn Gilberti | Glenn Gilberti | 1992 | [124] |
| Duane Gill | Gillberg<br>Duane Gill<br>Executioner | 1992-1994,1998-2000 | |
| Joy Giovanni | Joy Giovanni | 2004-2005 | [121][125] |
| Claude Giroux | Dink the Clown<br>Little Hulkster<br>Macho Midget<br>Tiger Jackson | 1980's,1992-1995 | |
| Lionel Giroux† | Little Beaver | 1960's-1980's,1987 | [126] |
| Richard Gland† | Dick "The Bulldog" Brower | 1966-1967,1969-1971,1979-1981 | [127][128] |
| René Goguen | Rene Dupree | 2002-2007 | [129][130] |
| Bill Goldberg | Goldberg | 2003-2004 | |
| Jorge González† | Giant Gonzales | 1993 | |
| Luther Goodall† | Luther Lindsay | 1959 | |
| Frank Goodish† | Bruiser Brody | 1976-1977 | [131] |
| Ray Gordy | Jesse<br>Slam Master J<br>Jesse Dalton | 2005-2010 | [112] |
| Terry Gordy† | The Executioner<br>Terry "Bam Bam" Gordy | 1984,1996 | |
| Edward Gossett† | Eddie Graham | 1959-1960,1964-1965,1970-1971,1972 | |
| Zach Gowen | Zach Gowen | 2003-2004 | |
| Derek Graham-Couch | Robbie McAllister | 2005-2008 | [17][18] |
| George Gray | Akeem<br>One Man Gang | 1987-1990 | |
| Nora Greenwald | Mighty Molly<br>Molly Holly | 2000-2005 | [132] |
| Sylvain Grenier | Sylvan<br>Sylvain Grenier | 2003-2007 | [133][134] |

| | | | |
|---|---|---|---|
| Vic Grimes | Key | 1999 | |
| Todd Grisham | Todd Grisham | 2004-2011 | [135] |
| Peter Gruner | Billy Kidman | 2001-2005 | [121][136] |
| Nidia Guenard | Nidia | 2001-2004 | |
| Eddie Guerrero† | Eddie Guerrero | 2000-2001,2002-2005 ‡ | [137] |
| Salvador Guerrero | Chavo Classic<br>Chavo Guerrero Sr. | 2004 | |
| Salvador Guerrero | Chavo Guerrero<br>Kerwin White | 2001-2011 | [138] |
| Charlie Haas | Charlie Haas | 2000-2005,2006-2010 | [139] |
| Jillian Hall | Jillian Hall<br>Jillian | 2003-2010 | [119] |
| Scott Hall | Scott Hall<br>Razor Ramon | 1992-1996,2002 | [140][141] |
| Mike Hallick | Mantaur<br>Tank<br>Goldust's Bodyguard | 1994-1997 | |
| Tony Halme† | Ludvig Borga | 1993-1994 | |
| Rafael Halperin | Rafael Halperin | 1950s | [142][143][144] |
| Nick Hamilton | Nick Patrick | 2001-2008 | [102][103] |
| Drew Hankinson | Festus<br>Imposter Kane<br>Luke Gallows | 2006-2010 | [119] |
| Ib Solvang Hansen† | Eric the Red | 1970 | |
| Stan Hansen | Stan Hansen | 1976,1981 | |
| Jeff Hardy | Jeff Hardy<br>Ingus Jynx | 1994-2003,2006-2009 | [145] |
| Matt Hardy | Matt Hardy<br>Matt Hardy V.1<br>Wildo Jynx<br>Brian Hardy | 1994-2004,2005-2010 | [145] |
| Chris Harris | Braden Walker | 1996,2008 | [146][147] |
| Don Harris | 8-Ball<br>Don Harris<br>Jacob Blu<br>Jared Grimm | 1995,1996,1997-1999 | |
| Houston Harris† | Bobo Brazil | 1963-1968,1976-1977,1984 | |
| Jim Harris | Kamala | 1984,1986-1988,1992-1993,2006 | |
| Rick Harris | Black Bart | 1989-1991 | |
| Ron Harris | Eli Blu<br>Jason Grimm<br>Ron Harris<br>Skull | 1995, 1996,1997-1999 | |
| Bruce Hart | Bruce Hart | 1993 | |
| Jimmy Hart | Jimmy Hart | 1985-1993 | |
| Keith Hart | Keith Hart | 1993 | |
| Owen Hart† | The Blue Blazer<br>Owen Hart | 1988-1989,1992-1999 ‡ | [148] |

| | | | |
|---|---|---|---|
| Kaz Hayashi | Kaz Hayashi<br>Shiryu | 2001 | [149] |
| Alfred Hayes† | Lord Alfred Hayes | 1982-1995 | |
| William Haynes, Jr. | Billy Jack Haynes | 1986-1988 | |
| David Heath | Gangrel<br>Black Phantom<br>The Druid | 1993-1995,1998-2001,2004-2007 | [150][151]<br>[152] |
| Dave Hebner | Dave Hebner | 1986-2005 | [153] |
| Earl Hebner | Earl Hebner | 1988-2005 | [154] |
| Raymond Heenan | Bobby Heenan | 1984-1993 | |
| Laurence Heffernan† | Roy Heffernan | 1960-1961,1963-1964,1967 | [155][156] |
| Brian Heffron | The Blue Meanie | 1998-2000,2005 | |
| Michael Hegstrand† | Hawk<br>Road Warrior Hawk | 1990-1992,1997-1999,2003 | |
| Jon Heidenreich | Heidenreich | 2003-2006 | [157] |
| Gregory Helms | Gregory Helms<br>Hurricane Helms<br>The Hurricane | 2001-2010 | [158] |
| Christy Hemme | Christy Hemme | 2004-2005 | [159] |
| Curt Hennig† | Curt Hennig<br>Mr. Perfect | 1982-1984,1988-1996,2002 | [140] |
| Larry Hennig | Larry Hennig | 1973-1974 | |
| Mickie Henson | Mickie Henson<br>Mickey Jay | 2005-2009 | [160] |
| John Hennigan | John Morrison<br>Johnny Blaze<br>Johnny Nitro<br>Nitro | 2002-2011 | [161] |
| Ronald Herd | "Outlaw" Ron Bass | 1987-1989 | |
| Eduardo Aníbal González Hernández | Juventud<br>Juventud Guerrera | 2005-2006 | [162][163] |
| Michael Hettinga | Mike Knox | 2005-2010 | [164] |
| Paul Heyman | Paul Heyman | 2001-2006 | [165] |
| Melissa Hiatt | Missy Hyatt | 1987 | |
| Dean Higuchi | Dean Ho | 1973-1975 | |
| John Hill | Jerry Valiant | 1979,1984-1985 | [166] |
| James Hines | Bobby Fulton | 1997 | |
| Joseph Hitchen | Just Joe | 2000 | |
| Daniel Hollie | Danny Basham | 2003-2007 | [150][151]<br>[167] |
| Robert Horne | Mo | 1993-1996 | |
| Barry Horowitz | Barry Horowitz Barry Hart | 1979,1982-1983,1987-1990,1992-1997 | |
| Malia Hosaka | Malia Hosaka | 1999 | |
| Robert Howard | Bob Holly<br>Bombbastic Bob<br>Hardcore Holly | 1994-2009 | [168] |

|  | Thurman "Sparky" Plugg |  |  |
|---|---|---|---|
| Lance Hoyt | Vance Archer | 2009-2010 | [119] |
| Maven Huffman | Maven | 2001-2005 | [121][136] |
| John Hugger | Johnny Stamboli | 2001-2004 |  |
| Curtis Hughes | Mr. Hughes | 1993,1997,1999-2000 |  |
| Devon Hughes | D-Von Dudley<br>Reverend D-Von | 1999-2005 | [121] |
| Elizabeth Hulette† | Miss Elizabeth | 1985-1992 | [169] |
| Matt Hyson | Spike Dudley | 2001-2005 | [121][170] |

(† means that the wrestler is deceased.)

## Key

| Company name to Year ||
|---|---|
| Company name: | Years: |
| Capitol Wrestling Corporation | 1952–1963 |
| World Wide Wrestling Federation | 1963–1979 |
| World Wrestling Federation | 1979–2002 |
| World Wrestling Entertainment | 2002–2011 |
| WWE | 2011–present |

# See also

- List of WWE personnel

# References

1. ^ "Contact WWE". World Wrestling Entertainment. Archived from the original on 2009-02-26. http://www.webcitation.org/5esrI6vTu. Retrieved 2009-01-31.
2. ^ "Live & Televised events". World Wrestling Entertainment. Archived from the original on 2009-02-26. http://www.webcitation.org/5esskNFVE. Retrieved 2009-01-31.
3. ^ "Daivari released". World Wrestling Entertainment. 2007-10-16. http://www.wwe.com/inside/news/daivarireleased. Retrieved 2008-11-12.
4. ^ Nemer, Paul (2007-10-16). "Yet another release today - Daivari released by WWE - read statement". WrestleView. http://www.wrestleview.com/news2006/1192568081.shtml. Retrieved 2008-11-12.
5. ^ Dykens, Brad. "Wrestler Profiles: Daivari". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/s/shawn-daivari.html. Retrieved 2009-02-14.
6. ^ Hardy, Jeff; Hardy, Matt, and Krugman, Michael (2003). *The Hardy Boyz: Exist 2 Inspire*. WWE Books. p. 160. ISBN 978-0-7368-2142-1.
7. ^ Lacroix, Corey David (2005-06-01). "Christopher Daniels finally on top". Canadian Online Explorer. http://slam.canoe.ca/Slam/Wrestling/2005/06/01/1066219.html. Retrieved 2009-02-04.
8. ^ Johnson, Steven (2007-09-08). "Billy Darnell was a consummate fan favourite". Canadian Online Explorer. http://slam.canoe.ca/Slam/Wrestling/2007/09/08/4480688.html. Retrieved 2009-02-17.
9. ^ "Results: 1961". nyprowrestling.com. http://www.nyprowrestling.com/results/1961.html. Retrieved 2009-02-17.
10. ^ Clevett, Jason (2007-04-26). "Fan fests bring Demolition back together". Canadian Online Explorer. http://slam.canoe.ca/Slam/Wrestling/2007/04/26/4132433.html. Retrieved 2009-02-15.
11. ^ "WWF roster in 1993". solie.org. http://www.solie.org/wwf93.txt. Retrieved 2009-02-15.

12. ^ Clevett, Jason; Waldman, Jon (2005-01-06). "SLAM!'s Top 10 news stories of 2004". Canadian Online Explorer. http://slam.canoe.ca/Slam/Wrestling/2005/01/06/817300.html. Retrieved 2009-02-15.
13. ^ "Other Superstars - Rue DeBona". bodyslamming.com. http://www.bodyslamming.com/other/rue.html. Retrieved 2009-02-15.
14. ^ "Carmella Decesare". Official Women of Wrestling. http://www.owow.com/RingsideWith/RawDivaSearch2004/Carmella/index.htm. Retrieved 2009-02-16.
15. ^ "Carmella DeCesare". Starshub.com. http://www.starshub.com/carmella_de_cesare.htm. Retrieved 2009-02-16.
16. ^ "Serena released". WWE. 2010-08-27. http://www.wwe.com/inside/news/15526200. Retrieved 2010-08-27.
17. ^ [a] [b] [c] "WWE releases several Superstars, referee Wes Adams". WWE. 2008-08-15. http://www.wwe.com/inside/news/WWErelease0815. Retrieved 2008-11-12.
18. ^ [a] [b] [c] Martin, Adam (2008-08-15). "Breaking News: WWE announces six new releases today from company". WrestleView. http://www.wrestleview.com/news08/1218822990.shtml. Retrieved 2008-11-12.
19. ^ "N.W.A. Lord of the Dance Title History". wrestling-titles.com. http://www.wrestling-titles.com/us/ny/upstate/nwa-upstate/nwa-emp-ld.html. Retrieved 2009-02-16.
20. ^ "WWWF International Tag Team Championship History". wrestling-titles.com. http://www.wrestling-titles.com/us/pa/w/studio/wwwf-in-t.html. Retrieved 2007-09-26.
21. ^ "History of the World Tag Team Championship". World Wrestling Entertainment. http://www.wwe.com/inside/titlehistory/worldtagteam/. Retrieved 2007-09-26.
22. ^ "WWE World Tag Team Title". wrestling-titles.com. http://www.wrestling-titles.com/wwf/wwf-t.html. Retrieved 2007-05-11.
23. ^ Martin, Adam (2008-02-04). "WWE confirms the release of Bobby Lashley + new developmental cuts". WrestleView. http://www.wrestleview.com/news2008/1202176410.shtml. Retrieved 2008-11-12.
24. ^ Dykens, Brad. "Wrestler Profiles: Antoni Polaski". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/a/antoni-polaski.html. Retrieved 2009-02-16.
25. ^ "Horner and DiBiase Released". WrestleView.com. 2006-10-12. http://www.wwe.com/inside/news/archive/3230064. Retrieved 2008-11-12.
26. ^ "Update on Tim Horner & Ted DiBiase releases; DiBiase & Ministry, more". WrestleView.com. 2006-10-26. http://www.wrestleview.com/news2006/1161898308.shtml. Retrieved 2008-11-12.
27. ^ Dykens, Brad. "Wrestler Profiles: Ted DiBiase". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/t/ted-dibiase.html. Retrieved 2009-02-17.
28. ^ "Jamesons Identity". http://pojoslam.blogspot.com/2010/08/interview-with-jameson-part-1.html. Retrieved 2010-08-13.
29. ^ "Barbara B.B.". Official Women of Wrestling. http://www.owow.com/frameindex.htm?goto=http%3A%2F%2Fwww.owow.com%2FRingsideWith%2FBarbara%2Findex.htm. Retrieved 2009-02-17.
30. ^ Gerweck, Steve. "Taylor Vaughn". http://www.gerweck.net/kathydingman.htm. Retrieved 2009-02-17.
31. ^ {{cite web|url=http://www.wwe.com/inside/news/eugenerelease}}
32. ^ "Rebecca released". World Wrestling Entertainment. 2007-03-22. http://www.wwe.com/shows/ecw/news/rebeccareleased. Retrieved 2008-11-12.
33. ^ Martin, Adam (2007-03-22). "Breaking News: ECW's Rebecca DiPietro released by the WWE; full info". WrestleView. http://www.wrestleview.com/news2006/1174585539.shtml. Retrieved 2008-11-12.
34. ^ Zeigler, Zach (2006-08-04). "Diva dreams continue". World Wrestling Entertainment. Archived from the original on 2009-02-26. http://www.webcitation.org/5et3ROJGz. Retrieved 2009-02-17.
35. ^ "Kenny Dykstra, Elijah Burke and Lena Yada released". World Wrestling Entertainment. 2008-11-10. http://www.wwe.com/inside/news/dykstraburkeyadareleased. Retrieved 2008-11-12.
36. ^ Hawrysko, Matt (2008-11-10). "Breaking News: WWE releases three superstars". WrestleView. http://www.wrestleview.com/news08/1226346166.shtml. Retrieved 2008-11-12.
37. ^ Dykens, Brad. "Wrestler Profiles: Kenny Dykstra". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/k/kenny-dykstra.html. Retrieved 2009-02-17.
38. ^ Dykens, Brad. "Tag Team Profiles: Well Dunn". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/w/welldunn.html. Retrieved 2009-02-18.
39. ^ Martin, Adam (2006-06-29). "Johnny Parisi given release by World Wrestling Entertainment; full info". WrestleView. http://www.wrestleview.com/news2006/1151603931.shtml. Retrieved 2008-11-12.
40. ^ Dykens, Brad. "Wrestler Profiles: Johnny Swinger". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/j/johnny-swinger.html. Retrieved 2009-02-18.
41. ^ Dykens, Brad. "Women's Wrestler Profiles: Cherry". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/c/cherry.html. Retrieved 2009-02-18.
42. ^ Cawthon, Graham. "1994". *The History of WWE*. Archived from the original on May 1, 2009.

http://web.archive.org/web/20090501072146/http://www.angelfire.com/wrestling/cawthon777/94.htm. Retrieved 2009-02-18.

43. ^ Cawthon, Graham. "1996". *The History of WWE*. Archived from the original on April 29, 2009. http://web.archive.org/web/20090429080834/http://www.angelfire.com/wrestling/cawthon777/96.htm. Retrieved 2009-02-18.
44. ^ "Hallf of Fame biography: James Dudley". WWE. http://www.wwe.com/superstars/jamesdudley. Retrieved May 12, 2012.
45. ^ Daniel Pena (3 October 2009). "Wrestler Removed From Raw Roster, Vickie Guerrero Returns To WWE, Escobar Debuts". Archived from the original on February 1, 2010. http://web.archive.org/web/20100201184618/http://www.lordsofpain.net/news/wwe/4330.html. Retrieved 4 October 2009.
46. ^ Tello, Craig (2006-11-27). "Lita says goodbye". WWE. http://www.wwe.com/inside/news/archive/325276811. Retrieved 2007-02-25.
47. ^ "WWE Alumni: Lita". WWE. http://www.wwe.com/superstars/wwealumni/lita/bio/. Retrieved 2009-02-18.
48. ^ "Johnny Grunge". accelerator3359.com. http://www.accelerator3359.com/Wrestling/bios/grunge.html. Retrieved 2009-02-18.
49. ^ Dykens, Brad. "Tag Team Profiles: Public Enemy". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/p/public-enemy.html. Retrieved 2009-02-18.
50. ^ Dykens, Brad. "Wrestler Profiles: Bill Eadie". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/b/bill-eadie.html. Retrieved 2009-02-18.
51. ^ Dykens, Brad. "Wrestler Profiles: "Special Delivery" Jones". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/s/s-d-jones.html. Retrieved 2009-02-18.
52. ^ Oliver, Greg (2008-10-26). "S.D. Jones dies in Antigua". Canadian Online Explorer. http://slam.canoe.ca/Slam/Wrestling/2008/10/26/7213751.html. Retrieved 2009-02-19.
53. ^ Hillhouse, Dave (2005-06-13). "S.D. Jones: An unforgotten gladiator". Canadian Online Explorer. http://slam.canoe.ca/Slam/Wrestling/2005/06/13/1085074.html. Retrieved 2009-02-18.
54. ^ "WWE Alumni: S.D. Jones". World Wrestling Entertainment. http://www.wwe.com/superstars/wwealumni/sdjones/bio/. Retrieved 2009-02-24.
55. ^ Powell, John. "Editorial: Paul Who?!?". Canadian Online Explorer. http://slam.canoe.ca/SlamWrestlingArchive/jun19_editorial.html. Retrieved 2009-02-19.
56. ^ Dykens, Brad. "Women's Wrestler Profiles: The Fabulous Moolah". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/f/fabulous-moolah.html. Retrieved 2009-01-27.
57. ^ "Fabulous Moolah passes away". WWE. 2007-11-03. http://www.wwe.com/inside/news/fabulousmoolahpasses. Retrieved 2007-11-03.
58. ^ "Hall of Fame biography: The Fabulous Moolah". WWE. http://www.wwe.com/superstars/fabulousmoolah. Retrieved May 12, 2012.
59. ^ "Tag Team Profiles: Beverly Brothers". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/b/beverly-brothers.html. Retrieved 2009-01-30.
60. ^ Dykens, Brad. "Tag Team Profiles: Los Boricuas". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/l/los-boricuas.html. Retrieved 2009-01-31.
61. ^ Dykens, Brad. "Tag Team Profiles: Los Conquistadors". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/c/conquistadors.html. Retrieved 2009-02-19.
62. ^ "1988". NyProWrestling.com. http://www.nyprowrestling.com/results/1988.html. Retrieved 2009-02-19.
63. ^ "1989". NyProWrestling.com. http://www.nyprowrestling.com/results/1989.html. Retrieved 2009-02-19.
64. ^ Martin, Adam (2007-10-10). "Report: WWE Diva who just debuted on Smackdown requests a release". WrestleView. http://www.wrestleview.com/news2006/1192055359.shtml. Retrieved 2008-11-12.
65. ^ Schramm, Chris (2007-10-13). ""Vaine and O'Reilly discuss their surprising WWE departure". Canadian Online Explorer. http://slam.canoe.ca/Slam/Wrestling/2007/10/12/4572183.html. Retrieved 2008-11-12.
66. ^ Dykens, Brad. "Women's Wrestler Profiles: Krissy Vaine". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/k/krissy-vaine.html. Retrieved 2009-02-20.
67. ^ Dykens, Brad. "Wrestler Profiles: Sid Vicious". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/s/sid-vicious.html. Retrieved 2009-02-20.
68. ^ "WWE Alumni: Sid". World Wrestling Entertainment. http://www.wwe.com/superstars/wwealumni/sid/bio/. Retrieved 2009-02-20.
69. ^ "Several WWE releases, but no major names". Figure 4 Weekly Online. http://www.f4wonline.com/more/more-top-stories/3-news/20989-several-wwe-releases-but-no-major-names. Retrieved 2011-06-13.
70. ^ "WWE Alumni: Lance Storm". World Wrestling Entertainment.

71. ^ "Lance Storm". Canadian Online Explorer. http://slam.canoe.ca/Slam/Wrestling/Bios/storm-lance.html. Retrieved 2009-02-20.
72. ^ Clevett, Jason (2005-05-17). "Lance Storm leaving OVW". Canadian Online Explorer. http://slam.canoe.ca/Slam/Wrestling/2005/05/17/1042781.html. Retrieved 2009-02-20.
73. ^ Matthew Tremley (2002-11-24). "Two wrestlers released from the WWE, HHH was backstage at Raw last week". *Wrestling Observer Newsletter*. Lords of pain. Archived from the original on January 21, 2010. http://web.archive.org/web/20100121175023/http://www.lordsofpain.net/news/2002_/articles/1038167354.php. Retrieved 2009-02-02.
74. ^ Dykens, Brad. "Wrestler Profiles: Diamond Dallas Page". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/d/diamond-dallas-page.html. Retrieved 2009-02-20.
75. ^ Dykens, Brad. "Wrestler Profiles: Jimmy Valiant". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/j/jimmy-valiant.html. Retrieved 2009-02-03.
76. ^ "Hall of Fame biography: Valiant Brothers". World Wrestling Entertainment. http://www.wwe.com/superstars/valiantbrothers. Retrieved May 12, 2012.
77. ^ Johnson, Steven (2004-05-25). "From 'Handsome' to 'Boogie' and back". Canadian Online Explorer. http://slam.canoe.ca/Slam/Wrestling/2004/05/25/471954.html. Retrieved 2009-02-20.
78. ^ "Hall of Fame profile: The Sheik". World Wrestling Entertainment. http://www.wwe.com/superstars/thesheik. Retrieved May 12, 2012.
79. ^ Dykens, Brad. "Wrestler Profiles: The Honky Tonk Man". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/h/honky-tonk-man.html. Retrieved 2009-02-20.
80. ^ "History of the Intercontinental Championship: Honky Tonk Man - June 2, 1987 - Aug. 29, 1988". World Wrestling Entertainment. http://www.wwe.com/inside/titlehistory/intercontinental/322412. Retrieved 2009-02-20.
81. ^ Oliver, Greg (1998-04-29). "The Honkytonk Man bares all". Canadian Online Explorer. http://slam.canoe.ca/SlamWrestlingArchive/apr29_htm.html. Retrieved 2009-02-20.
82. ^ {{cite web|url=http://www.wwe.com/inside/news/10461872}}
83. ^ Dykens, Brad. "Wrestler Profiles: Rikishi". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/r/rikishi.html. Retrieved 2009-02-21.
84. ^ Dykens, Brad. "Wrestler Profiles: Hercules". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/h/hercules.html. Retrieved 2009-02-21.
85. ^ Powell, John (2004-03-07). "'Hercules' Hernandez dies". Canadian Online Explorer. http://slam.canoe.ca/Slam/Wrestling/2004/03/07/374027.html. Retrieved 2009-02-21.
86. ^ Dykens, Brad. "Wrestler Profiles: Kevin Thorn". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/k/kevin-thorn.html. Retrieved 2009-01-26.
87. ^ Dykens, Brad. "Wrestler Profiles: Haku". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/h/haku.html. Retrieved 2009-02-22.
88. ^ "Wrestler Profile: Haku". Smash Wrestling. http://www.firetank.com/smashwrestling/wrestlerprofile.shtml?autoid=12&s_Wrestler=&. Retrieved 2009-02-22.
89. ^ "Trinity released". WWE. 2007-06-22. http://www.wwe.com/inside/news/trinityreleased. Retrieved 2008-11-12.
90. ^ Martin, Adam (2007-06-23). "World Wrestling Entertainment releases 'ECW Diva' Trinity - statement". WrestleView. http://www.wrestleview.com/news2006/1182571912.shtml. Retrieved 2008-11-12.
91. ^ Dykens, Brad. "Women's Wrestler Profiles: Trinity". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/t/trinity.html. Retrieved 2009-02-22.
92. ^ Johnson, Annie (2004-03-18). "Wrestling remains in David Flair's blood". Canadian Online Explorer. http://www.canoe.ca/Slam/Wrestling/2004/03/18/387094.html. Retrieved 2009-02-22.
93. ^ Dykens, Brad. "Wrestler Profiles: David Flair". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/d/david-flair.html. Retrieved 2009-02-22.
94. ^ "Savannah (Angela Fong) Released". World Wrestling Entertainment. 2010-06-23. http://www.wwe.com/inside/news/savannahreleased. Retrieved 2010-06-23.
95. ^ "Savannah/Angela Fong Released". Diva Dirt: The Women's Wrestling Bible. 2010-06-23. http://www.diva-dirt.com/2010/06/23/savannah-released/. Retrieved 2010-06-23.
96. ^ "WWF Roster: 1995". solie.org. http://www.solie.org/wwf95.txt. Retrieved 2009-02-22.
97. ^ "WWF roster in 1996". solie.org. http://www.solie.org/wwf96.txt. Retrieved 2009-02-02.
98. ^ "1996". *The History of WWE*. Archived from the original on April 29, 2009. http://web.archive.org/web/20090429080834/http://www.angelfire.com/wrestling/cawthon777/96.htm. Retrieved 2009-02-02.
99. ^ [a][b] Martin, Adam (2006-05-04). "A list of former/non-ECW talent scheduled for new ECW brand in June".

WrestleView. Archived from the original on 2009-02-26. http://www.webcitation.org/5et9r5Wnx. Retrieved 2009-02-04.
100. ^ Martin, Adam (2006-10-12). "Breaking News: Francine released from World Wrestling Entertainment". WrestleView. http://www.wrestleview.com/news2006/1160678203.shtml. Retrieved 2008-11-12.
101. ^ Dykens, Brad. "Wrestler Profiles: Adrian Adonis". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/a/adrian-adonis.html. Retrieved 2009-02-24.
102. ^ [a] [b] "WWE releases six Superstars, referee Nick Patrick". World Wrestling Entertainment. 2008-11-12. http://www.wwe.com/inside/news/WWErelease0808. Retrieved 2008-08-08.
103. ^ [a] [b] Martin, Adam (2008-08-09). "WWE confirms seven more releases from the company on Friday - info". WrestleView. http://www.wrestleview.com/news08/1218259505.shtml. Retrieved 2008-11-12.
104. ^ Dykens, Brad. "Big Daddy V". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/b/big-daddy-v.html. Retrieved 2009-02-25.
105. ^ "This FAQ is for those of you who are just looking for quick answers.". plowboyfrazier.com. http://www.plowboyfrazier.com/faq.html. Retrieved 2009-02-25.
106. ^ Nielsen, Kurt (2008-04-14). "Singing the praises of the underappreciated Stan "Uncle Elmer" Frazier". Canadian Online Explorer. http://slam.canoe.ca/Slam/Wrestling/2008/04/14/5284451.html. Retrieved 2009-02-25.
107. ^ "1978". NYProWrestling.com. http://www.nyprowrestling.com/results/1978.html. Retrieved 2009-02-27.
108. ^ "1979". NYProWrestling.com. http://www.nyprowrestling.com/results/1979.html. Retrieved 2009-02-27.
109. ^ Dykens, Brad. "Wrestler Profiles: Mr. Fuji". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/m/mr-fuji.html. Retrieved 2009-02-27.
110. ^ "1998". *The History of WWE*. Archived from the original on April 21, 2009. http://web.archive.org/web/20090421135159/http://www.angelfire.com/wrestling/cawthon777/98.htm. Retrieved 2009-02-27.
111. ^ "Sandman released". World Wrestling Entertainment. 2007-09-11. http://www.wwe.com/inside/news/sandmanreleased. Retrieved 2009-02-27.
112. ^ [a] [b] "Mickie James and other WWE Superstars released". World Wrestling Entertainment. 2010-04-22. http://www.wwe.com/inside/news/superstarsreleased. Retrieved 2010-04-22.
113. ^ http://www.wwe.com/shows/raw/2012-04-30/bella-twins-fired
114. ^ http://www.wrestlinginc.com/wi/news/2012/0430/552218/the-bella-twins/
115. ^ http://www.wwe.com/shows/raw/2012-04-30/bella-twins-fired
116. ^ http://www.wrestlinginc.com/wi/news/2012/0430/552218/the-bella-twins/
117. ^ "Ariel, Scotty 2 Hotty & Nick Mitchell released". WWE. 2007-05-18. http://www.wwe.com/inside/news/scottyarielnickreleased. Retrieved 2008-11-12.
118. ^ "Breaking News: WWE releases Scotty 2 Hotty, Ariel, Nick Mitchell - info". WrestleView.com. 2007-05-18. http://www.wrestleview.com/news2006/1179516065.shtml. Retrieved 2008-11-12.
119. ^ [a] [b] [c] [d] "WWE Superstars released". World Wrestling Entertainment. 2010-11-19. http://www.wwe.com/inside/news/wwesuperstarsreleased. Retrieved 2010-11-19.
120. ^ Dykens, Brad. "Tag Team Profiles: Mean Street Posse". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/m/mean-street-posse.html. Retrieved 2009-01-29.
121. ^ [a] [b] [c] [d] [e] [f] "WWE releases several Superstars". World Wrestling Entertainment. 2005-07-05. http://www.wwe.com/inside/news/archive/releases. Retrieved 2008-07-08.
122. ^ "Breaking News: 5 More WWE Cuts Including Divas & Former Tag Champ". WrestleView.com. 2005-07-06. http://www.wrestleview.com/news2005/1120673614.shtml. Retrieved 2008-11-12.
123. ^ Clevett, Jason (2005-04-11). "Rhyno and Matt Hardy released". SLAM! Sports. http://slam.canoe.ca/Slam/Wrestling/2005/04/11/991941.html. Retrieved 2008-09-28.
124. ^ "Glenn Gilberti". accelerator3358.com. http://www.accelerator3359.com/Wrestling/bios/disco.html. Retrieved 2009-02-03.
125. ^ "WWE Announces Another Talent Release; Brings Today's total up to 15". WrestleView.com. 2005-07-06. http://www.wrestleview.com/news2005/1120686208.shtml. Retrieved 2008-11-12.
126. ^ "Little Beaver". *SLAM! Wrestling*. http://slam.canoe.ca/SlamWrestling/littlebeaver.html. Retrieved 2008-02-14.
127. ^ Dykens, Brad. "Wrestler Profiles: Bulldog Brower". Online World of Wrestling. http://www.onlineworldofwrestling.com/profiles/d/dick-brower.html. Retrieved 2009-02-03.
128. ^ Cawthon, Graham. "Boston Garden". thehistoryofwwe.com. http://www.angelfire.com/wrestling/cawthon777/boston60s.htm. Retrieved 2009-02-06.
129. ^ "Rene Dupree released". WWE. 2007-07-26. http://www.wwe.com/inside/news/dupreereleased. Retrieved 2008-11-12.
130. ^ "World Wrestling Entertainment releases Rene Dupree -- full statement". WrestleView.com. 2007-07-26. http://www.wrestleview.com/news2006/1185491524.shtml. Retrieved 2008-11-12.

131. ^ "Tapout Zine: The Death of Bruiser Brody". Tapout Promotions. http://www.bedofnailz.com/bruiserbrody. Retrieved 2009-02-03.
132. ^ "Breaking News: WWE releases diva Molly Holly - complete details inside". WWE. 2005-04-12. http://www.wrestleview.com/news2005/1113327263.shtml. Retrieved 2008-11-12.
133. ^ "Sylvain released". WWE. 2007-08-13. http://www.wwe.com/inside/news/sylvainreleased. Retrieved 2008-11-12.
134. ^ "World Wrestling Entertainment releases Sylvain Grenier & a statement". WrestleView.com. 2007-08-13. http://www.wrestleview.com/news2006/1187022329.shtml. Retrieved 2008-11-12.
135. ^ http://www.wrestlingnewssource.com/feed_news-20725-Todd_Grisham_Leaving_WWE_for_ESPN_.php?utm_medium=facebook&utm_source=twitterfeed
136. ^ [a] [b] "Breaking News: World Wrestling Entertainment releases six superstars". WrestleView.com. 2005-07-05. http://www.wrestleview.com/news2005/1120611002.shtml. Retrieved 2008-11-12.
137. ^ Rothstein, Simon. "WWE hero Guerrero dies". *The Sun* (London). http://www.thesun.co.uk/sol/homepage/sport/wrestling/article227447.ece. Retrieved 2007-02-01.
138. ^ "Chavo Guerrero released". World Wrestling Entertainment. 2011-06-25. http://www.wwe.com/inside/chavo-guerrero-released. Retrieved 2011-06-25.
139. ^ "Charlie Haas released". World Wrestling Entertainment. February 28, 2010. http://www.wwe.com/inside/news/haasreleased. Retrieved 2010-02-28.
140. ^ [a] [b] "Hall and Hennig released - News, Notes, and Quotes - Scott Hall and Curt Hennig lose contracts - Brief Article". Wrestling. August, 2002. Archived from the original on April 17, 20008. http://web.archive.org/web/20080417081614/http://findarticles.com/p/articles/mi_m0FCO/is_2_4/ai_88761515. Retrieved 2009-01-27.
141. ^ "Scott Hall bio at OWW". http://www.onlineworldofwrestling.com/profiles/s/scott-hall.html. Retrieved 2009-01-27.
142. ^ "Pro Wrestling History in Israel". Israeli Pro Wrestling Association. http://www.ipwa.co.il/. Retrieved 2009-02-03.
143. ^ *Tateh, read me a story*, Leah Abramovitz, Jerusalem Post, May 4, 2001
144. ^ Burt, Moshe. "In Search of the Jewish Athletic Role Model to Build Character in Jewish Youth". The Sefer Torah Recycling Network. http://www.sefer-torah.com/rolemodel.htm. Retrieved 2009-02-03.
145. ^ [a] [b] {{cite web|url=http://www.pwnewsnow.com/news.php?subaction=showfull&id=1251560333&archive=&start_from=&ucat=6&}}
146. ^ "Braden Walker released". WWE. 2008-08-07. http://www.wwe.com/inside/news/7817574. Retrieved 2008-11-12.
147. ^ "Braden Walker (aka Chris Harris) is released by WWE today; statement". WrestleView.com. 2008-08-07. http://www.wrestleview.com/news08/1218158069.shtml. Retrieved 2008-11-12.
148. ^ "Wrestling tour goes on after Owen Hart's death". 1999-05-24. Archived from the original on October 30, 2008. http://web.archive.org/web/20081030083832/http://www.cnn.com/US/9905/24/wrestler.dies.05/index.html?eref=sitesearch. Retrieved 2007-02-01.
149. ^ "Kaz Hayashi bio at OWW". http://www.onlineworldofwrestling.com/profiles/k/kaz-hayashi.html. Retrieved 2009-01-31.
150. ^ [a] [b] Waldman, Jon (2007-01-18). "Axe drops for many WWE stars". Canadian Online Explorer. Archived from the original on 2009-02-26. http://www.webcitation.org/5et9uqS0p. Retrieved 2008-11-12.
151. ^ [a] [b] Martin, Adam (2007-01-18). "Full recap of World Wrestling Entertainment's releases today (11 in all)". WrestleView. Archived from the original on 2009-02-26. http://www.webcitation.org/5et9ze52N. Retrieved 2008-11-12.
152. ^ "WWE releases a Smackdown tag team and Michael Heath - aka Gangrel". WrestleView.com. 2007-01-18. http://www.wrestleview.com/news2006/1169137287.shtml. Retrieved 2008-11-12.
153. ^ "Breaking News: WWE Official, Dave Hebner, released --- full info inside". WrestleView.com. 2005-07-20. http://www.wrestleview.com/news2005/1121898486.shtml. Retrieved 2008-11-12.
154. ^ "Breaking News: Referee Earl Hebner fired by the WWE -- full info inside". WrestleView.com. 2005-07-19. http://www.wrestleview.com/news2005/1121753562.shtml. Retrieved 2008-11-12.
155. ^ Greg Oliver and Steve Johnson (2005). "Top 20: #1 The Fabulous Kangaroos". *The Pro Wrestling Hall of Fame: The Tag Teams*. ECW Press. pp. 17–24. ISBN 978-1-55022-683-6.
156. ^ Oliver, Greg (2000-01-24). "Fabulous Kangaroo Al Costello dead". Online World of Wrestling. http://slam.canoe.ca/SlamWrestlingArchive2000/jan24_costello.html. Retrieved 2009-02-14.
157. ^ "Heidenreich". CANOE!. http://slam.canoe.ca/Slam/Wrestling/Bios/heidenreich.html. Retrieved 2008-11-12.
158. ^ "Shane Helms released". World Wrestling Entertainment. http://www.wwe.com/inside/news/helmsreleased. Retrieved 2010-02-26.
159. ^ "WWE releases Christy Hemme". PWTorch. 2005-12-05. http://www.wwe.com/inside/news/archive/christyreleased. Retrieved 2008-11-13.
160. ^ "Referee Mickie Henson Released By WWE". http://www.pwnewsnow.com/index.php?

subaction=showfull&id=1231973021&archive=&start_from=&ucat=6. Retrieved 2009-01-26.
161. ^ "WWE News: WWE acknowledges end of John Morrison's contract, Laurinaitis wishes Morrison well in future endeavors". *Pro Wrestling Torch*. http://pwtorch.com/artman2/publish/WWE_News_3/article_55585.shtml. Retrieved 29 November 2011.
162. ^ "Juventud Guerrera bio at OWW". http://www.onlineworldofwrestling.com/profiles/j/juventud-guerrera.html. Retrieved 2009-01-27.
163. ^ "1/6 WWE Friday Night Smackdown Express: Strong men, buh-bye to Juvy, and more!". PWTorch. 2006-01-07. http://pwtorch.com/artman2/publish/TV_Reports_9/article_15773.shtml. Retrieved 2008-11-13.
164. ^ "Mike Knox released". World Wrestling Entertainment. 2010-04-22. http://www.wwe.com/inside/news/knoxreleased. Retrieved 2010-04-22.
165. ^ "Paul Heyman's bio at OWW". http://www.onlineworldofwrestling.com/profiles/p/paul-heyman.html. Retrieved 2009-01-26.
166. ^ Johnson, Steven (2005-10-31). "The many faces of John Hill". Canadian Online Explorer. http://slam.canoe.ca/Slam/Wrestling/2005/10/31/1286536.html. Retrieved 2009-02-03.
167. ^ Hawrysko, Matt (2007-01-18). "WWE releases third set of talent including Rodney Mack, Jazz and more". WrestleView. http://www.wrestleview.com/news2006/1169154584.shtml. Retrieved 2007-11-12.
168. ^ WWE: Inside WWE > News > Hardcore Holly released
169. ^ "Miss Elizabeth biography at OWW". http://onlineworldofwrestling.com/profiles/e/elizabeth.html. Retrieved 2009-01-26.
170. ^ "Breaking News: WWE releases two more superstars from their roster...". WrestleView.com. 2005-07-06. http://www.wrestleview.com/news2005/1120636640.shtml. Retrieved 2008-11-12.

## External links

- WWE alumni at WWE.com
- WWE alumni by decade at onlineworldofwrestling.com

Retrieved from "http://en.wikipedia.org/w/index.php?title=List_of_WWE_alumni_(D-H)&oldid=504978321"
Categories: Professional wrestling rosters | WWE

---

- This page was last modified on 30 July 2012 at 19:15.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.