UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARTHA HART, in her personal capacity and as personal representative of THE ESTATE OF OWEN JAMES HART,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., VINCE MCMAHON and LINDA MCMAHON,<br><br>　　　　　　Defendants. | C.A. No. 3:10-cv-00975-SRU |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Martha Hart, in her personal capacity and as personal representative of the Estate of Owen James Hart and defendants World Wrestling Entertainment, Inc., Vince McMahon and Linda McMahon hereby voluntarily agree and stipulate to the dismissal of this action with prejudice, each party to pay its own costs and attorneys' fees.

| | |
|---|---|
| MARTHA HART, in her personal capacity and as personal representative of THE ESTATE OF OWEN JAMES HART, <br><br> By her attorneys, <br><br>  /s/ Gregg A. Rubenstein <br> Arthur L. Pressman (PHV04087) <br> Gregg A. Rubenstein (PHV04089) <br> Ronaldo Rauseo-Ricupero (PHV04088) <br> NIXON PEABODY LLP <br> 100 Summer Street <br> Boston, Massachusetts  02110 <br> (617) 345-1000 <br> apressman@nixonpeabody.com <br> grubenstein@nixonpeabody.com <br> rrauseoricupero@nixonpeabody.com <br><br> and <br><br> Stacie Boeniger Collier (CT-18895) <br> NIXON PEABODY LLP <br> One Citizens Plaza <br> Providence, RI 02903 <br> (401) 454-1000 <br> sbcollier@nixonpeabody.com | WORLD WRESTLING ENTERTAINMENT, INC., VINCE MCMAHON and LINDA MCMAHON, <br><br> By their attorneys, <br><br>  /s/ Jerry S. McDevitt <br> Jerry S. McDevitt (ct11783) <br> Curtis B. Krasik (ct20427) <br> K&L GATES LLP <br> K&L Gates Center <br> 210 Sixth Avenue <br> Pittsburgh, PA 15222 <br> (412) 355-8608 <br> Jerry.McDevitt@klgates.com <br> Curtis.Krasik@klgates.com <br><br> Jonathan B. Tropp (ct11295) <br> DAY PITNEY LLP <br> One Canterbury Green <br> Stamford, CT 06901 <br> (203) 977-7300 <br> jbtropp@daypitney.com |

## CERTIFICATE OF SERVICE

This is to certify that on April 15, 2013 a copy of the foregoing Joint Stipulation of Dismissal With Prejudice was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

                                                   /s/ Gregg A. Rubenstein
                                                Gregg A. Rubenstein